# EXHIBIT 1

Case 1:06-cv-00633-RBW    Document 1-2    Filed 04/06/2006    Page 1 of 2



**Court Services and Offender Supervision Agency for the District of Columbia**

*Office of the General Counsel*

October 7, 2005

**VIA CERTIFIED MAIL**

Stuart H. Newberger, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Re:   **FTCA-05-001**

Dear Mr. Newberger:

I am writing to advise you of the Agency's determination of the administrative claim you filed on behalf of your client, Carol Smith, pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 2671 *et* seq., against the Court Services and Offender Supervision Agency for the District of Columbia (CSOSA), the Federal Bureau of Prisons (BOP), and the United States Parole Commission (USPC). Upon careful consideration of your claim against CSOSA, the various supporting documents you have provided the Agency, review of the facts and the prevailing law, we have determined that your client's claim is denied because it fails to state a claim upon which relief can be granted under District of Columbia law.

Having been designated as the lead agency in this claim by the United States Department of Justice (DOJ), CSOSA adopts DOJ's recommendation as to your client's claims against the DOJ employees at BOP and USPC, and also denies those claims.

Since the Agency has denied your claim, you have the right to file a lawsuit in the appropriate United States District Court. You must do so no later than six (6) months after the date of mailing of this notification. You may also seek reconsideration of the Agency's decision any time prior to the end of the six-month period during which you may file an action in court. If you seek reconsideration from the Agency, you have six (6) months from the date of filing to file an action in court.

Sincerely,

*Barbara L. Matthews-Beck*

Barbara Matthews-Beck
Acting General Counsel