AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CAROL SMITH, Individually and as Personal
Representative of the Estate of Erika Smith,   )
           Plaintiff(s)     )   **APPEARANCE**
                                )
                                )
            vs.              )   CASE NUMBER   1:06-CV-00633 (RBW)
UNITED STATES OF AMERICA,   )
                                )
           Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Stuart H. Newberger  as counsel in this
                                (Attorney's Name)

case for:  Plaintiff Carol Smith
          (Name of party or parties)

April 14, 2006
Date

*[Signature]*
Signature

Stuart H. Newberger
Print Name

D.C. Bar No. 294793
BAR IDENTIFICATION

1001 Pennsylvania Avenue, N.W.
Address

Washington, DC 20004-2595
City    State    Zip Code

(202) 624-2500
Phone Number