AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CAROL SMITH, Individually and as Personal Representative of the Estate of Erika Smith,

        Plaintiff(s)

vs.

UNITED STATES OF AMERICA,

        Defendant(s)

**APPEARANCE**

CASE NUMBER  1:06-CV-00633 (RBW)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Laurel P. Malson__ as counsel in this
(Attorney's Name)

case for: __Plaintiff Carol Smith__
(Name of party or parties)

__April 14, 2006__
Date

__D.C. Bar No. 317776__
BAR IDENTIFICATION

_[signature]_
Signature

Laurel P. Malson
Print Name

1001 Pennsylvania Avenue, N.W.
Address

Washington, DC 20004-2595
City    State    Zip Code

(202) 624-2500
Phone Number