AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CAROL SMITH, Individually and as Personal
Representative of the Estate of Erika Smith,    )
        Plaintiff(s)    )    **APPEARANCE**
        )
        )
        vs.    )    CASE NUMBER    1:06-CV-00633 (RBW)
UNITED STATES OF AMERICA,    )
        )
        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Alyssa Gsell  as counsel in this
        (Attorney's Name)

case for: Plaintiff Carol Smith
      (Name of party or parties)

April 14, 2006
Date

_(signature)_
Signature

D.C. Bar No. 490395
BAR IDENTIFICATION

Alyssa Gsell
Print Name

1001 Pennsylvania Avenue, N.W.
Address

Washington, DC 20004-2595
City    State    Zip Code

(202) 624-2500
Phone Number