UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL SMITH, Individually and as Personal Representative of the Estate of Erika Smith, 4450 South Park Ave., #415 Chevy Chase, MD 20815 Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | ))))))))))))))) Civil Action No. 06cv0633 (RBW) |

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of Assistant United States Attorney Darrell C. Valdez as government counsel in this action.

Respectfully submitted,

  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843