UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06cv0633 (RBW) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO THE COMPLAINT**

Federal Defendant, the United States of America, respectfully moves this Court for an Order enlarging the time an additional 30 days, up to and including July 6, 2006, within which it may respond to the Complaint in the above-captioned matter. In support of this motion, the Federal Defendant respectfully states as follows:

1. Plaintiff Carol Smith brought this action under the Federal Tort Claims Act, 28 U.S.C. § 2871, et seq., individually and as personal representative of her daughter Erika Smith, alleging that the Federal Defendant acted negligently in protecting her daughter from a convicted felon. The Federal Defendant's response is currently due June 6, 2006.

2. The enlargement is needed because the undersigned Assistant United States Attorney is currently involved in several matters before the Court of Appeals for the D.C. Circuit and the United States District Court, including appellate filings in <u>Kwon v. Billington</u>, No. 05-5205, and <u>Daisher v. Mineta</u>, No. 06-5091; dispositive motions in <u>Tinsley v. Gonzales</u>, 06cv429 (RCL); and <u>Hairston v. Federal Bureau of Investigations</u>, 05cv1619 (JDB); and Reply/Response memoranda in

Cross v. Small, 04cv1253 (RMC), and IAC v. United States, 01cv72 (GK).  Thus, the requested enlargement is necessary to allow Defendant's counsel to prepare an appropriate response.

3.      Pursuant to Local Rule 7(m), counsel for the United States contacted counsel for Plaintiff to discuss the above motion.  Counsel for Plaintiff consents to the enlargement.

WHEREFORE, for all of the foregoing reasons, Defendant respectfully requests that the Court enlarge the time, up to and including July 6, 2006, within which the Defendant may file its response to the Complaint in the above-captioned matter.

A proposed order that would grant the relief sought is attached.

Respectfully submitted,

  /s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


  /s/ Rudolph Contreras
RUDOLPH  CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL SMITH,                    )<br>                                 )<br>     Plaintiff,                 )<br>                                 )<br>     v.                          )<br>                                 )<br>UNITED STATES OF AMERICA,        )<br>                                 )<br>     Defendant.                  )<br>                                 ) | Civil Action No. 06cv0633 (RBW) |

## **ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion For Enlargement of Time To Respond To the Complaint, it is this _____ day of June, 2006, hereby

ORDERED, that the Motion is granted, it is further

ORDERED, that the time within which the Defendant shall file its response to the Complaint is enlarged, up to and including July 6, 2006.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE