AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CAROL SMITH, Individually on her own
Behalf and as Personal Representative of the
the Estate of Erika Smith

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA

CASE N[

CASE NUMBER  1:06CV00633

JUDGE: Reggie B. Walton

DECK TYPE: General Civil

DATE STAMP: 04/06/2006

TO: (Name and address of Defendant)

Alberto Gonzales, Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington DC  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stuart H. Newberger,
Laurel P. Malson,
Aryeh S. Portnoy,
Alyssa Gsell
Crowell & Moring LLP
1001 Pennsylvania Ave., NW, Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          APR 0 6 2006

CLERK                                DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| *Service of the Summons and complaint was made by me⁽¹⁾ | DATE 4/07/06 | TIME 11:30 AM |
| NAME OF SERVER (PRINT) Vincent A. Piazza | TITLE Private Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  **By serving Nakere Miller, Contractor, authorized to accept. Service was completed at 950 Pennsylvania Avenue, NW, Washington, DC 20530.**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/07/06___
             Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

**\*Notice of Right to Consent to Trial Before United States Magistrate Judge and Exhibit 1**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CAROL SMITH, Individually on her own
Behalf and as Personal Representative of the
the Estate of Erika Smith

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA

CASE NUMB

CASE NUMBER   1:06CV00633

JUDGE: Reggie B. Walton

DECK TYPE: General Civil

DATE STAMP: 04/06/2006

TO: (Name and address of Defendant)

Kenneth L. Wainstein
United States Attorney for the District of Columbia
555 4th Street, NW
Washington DC  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stuart H. Newberger,
Laurel P. Malson,
Aryeh S. Portnoy,
Alyssa Gsell
Crowell & Moring LLP
1001 Pennsylvania Ave., NW, Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          APR 0 6 2006
_____   _____
CLERK                               DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | TIME |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | 4/07/06 | 12:05 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Vincent A. Piazza | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **By serving Lori Cox, Legal Assistant, authorized to accept. Service was completed at 501 3rd Street, NW, Washington, DC 20001.**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/07/06
　　　　　　　　Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

*Notice of Right to Consent to Trial Before United States Magistrate Judge and Exhibit 1

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.