**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

———————————————————————
CAROL SMITH,                                )
                                            )
            Plaintiff,                      )
                                            )
      v.                                    )        Civil Action No. 06cv0633 (RBW)
                                            )
UNITED STATES OF AMERICA,                   )
                                            )
            Defendant.                      )
———————————————————————)

**SECOND CONSENT MOTION FOR ENLARGEMENT**
**OF TIME TO RESPOND TO THE COMPLAINT**

Federal Defendant, the United States of America, respectfully moves this Court for an Order

enlarging the time an additional 45 days, up to and including August 21, 2006, within which Federal

Defendant may respond to the Complaint in the above-captioned matter.  In support of this motion,

the Federal Defendant respectfully states as follows:

1.     Plaintiff Carol Smith brought this action under the Federal Tort Claims Act, 28

U.S.C. § 2871, et seq., individually and as personal representative of her daughter Erika Smith,

alleging that the Federal Defendant acted negligently in protecting her daughter from a convicted

felon.  The Federal Defendant's response is currently due June 6, 2006.

2.     The enlargement is needed because the parties are currently attempting to resolve a

series of issues related to this matter, which may narrow the issues before this Court.  Thus, the

requested enlargement is necessary to allow the parties to complete their discussions.  Because of

the intervening holiday and counsels' leave plans, the parties believe that an additional 45 days will

be needed.

3.    Pursuant to Local Rule 7(m), counsel for the United States has discussed the above motion with counsel for Plaintiff who agrees and consents to the enlargement.

WHEREFORE, for all of the foregoing reasons, Defendant respectfully requests that the Court enlarge the time, up to and including August 21, 2006, within which the Defendant may file its response to the Complaint in the above-captioned matter.

A proposed order that would grant the relief sought is attached.

Respectfully submitted,


 /s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


 /s/ Rudolph Contreras
RUDOLPH  CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


 /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

CAROL SMITH,                              )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )        Civil Action No. 06cv0633 (RBW)
                                          )
UNITED STATES OF AMERICA,                 )
                                          )
            Defendant.                    )
_____)

## ORDER

UPON CONSIDERATION of the Defendant's Second Consent Motion For Enlargement of

Time To Respond To the Complaint, it is this _____ day of July, 2006, hereby

ORDERED, that the Motion is granted, it is further

ORDERED, that the time within which the Defendant shall file its response to the Complaint

is enlarged, up to and including August 21, 2006.


                              _____
                              REGGIE B. WALTON
                              UNITED STATES DISTRICT JUDGE