UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06cv0633 (RBW) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 30th day of June, 2006, I caused the Opposition to Motion to Consolidate to be served on counsel for Hope Village, Inc., postage prepaid, by U.S. mail to:

Donald M. Temple
Dhamian A. Blue
Temple Law Offices
1229 15th Street, NW.
Washington, DC  20005

    /s/ Darrell C. Valdez
DARRELL VALDEZ
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843