UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06cv0633 (RBW) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO THE COMPLAINT**

Federal Defendant, the United States of America, respectfully moves this Court for an Order enlarging the time an additional 45 days, up to and including October 5, 2006, within which Federal Defendant may respond to the Complaint in the above-captioned matter. In support of this motion, the Federal Defendant respectfully states as follows:

1.  Plaintiff Carol Smith brought this action under the Federal Tort Claims Act, 28 U.S.C. § 2871, et seq., individually and as personal representative of her daughter Erika Smith, alleging that the Federal Defendant acted negligently in protecting her daughter from a convicted felon. The Federal Defendant's response is currently due August 21, 2006.

2.  The enlargement is needed because the parties are continuing to resolve a series of issues related to this matter, which will narrow the issues before this Court. Thus, the requested enlargement is necessary to allow the parties to complete their discussions. Because of the intervening holiday and counsels' leave plans, the parties believe that an additional 45 days will be needed.

    3.    Pursuant to Local Rule 7(m), counsel for the United States has discussed the above motion with counsel for Plaintiff who agrees and consents to the enlargement.

WHEREFORE, for all of the foregoing reasons, Defendant respectfully requests that the Court enlarge the time, up to and including October 5, 2006, within which the Defendant may file its response to the Complaint in the above-captioned matter.

A proposed order that would grant the relief sought is attached.

                                        Respectfully submitted,

                                        /s/ Kenneth L. Wainstein
                                      KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                      United States Attorney

                                        /s/ Rudolph Contreras
                                      RUDOLPH CONTRERAS, D.C. BAR # 434122
                                      Assistant United States Attorney

                                        /s/ Darrell C. Valdez
                                      DARRELL C. VALDEZ, D.C. BAR # 420232
                                      Assistant United States Attorney
                                      Judiciary Center Building
                                      555 4th St., N.W., Civil Division
                                      Washington, D.C. 20530
                                      (202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL SMITH, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Defendant. )<br>) | Civil Action No. 06cv0633 (RBW) |

**ORDER**

UPON CONSIDERATION of the Defendant's Second Consent Motion For Enlargement of Time To Respond To the Complaint, it is this _____ day of August, 2006, hereby

ORDERED, that the Motion is granted, it is further

ORDERED, that the time within which the Defendant shall file its response to the Complaint is enlarged, up to and including October 5, 2006.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE