UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Civil Action No. 06cv0633 (RBW) |

**PROTECTIVE CONSENT MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO THE AMENDED COMPLAINT**

Federal Defendant, the United States of America, respectfully moves this Court for an Order enlarging the time within which Federal Defendant may respond to the recently-filed Amended Complaint in the above-captioned matter. In support of this motion, the Federal Defendant respectfully states as follows:

1. Plaintiff Carol Smith brought this action under the Federal Tort Claims Act, 28 U.S.C. § 2871, et seq., individually and as personal representative of her daughter Erika Smith, alleging that the Federal Defendant acted negligently in protecting her daughter from a convicted felon. The Federal Defendant's response to the original complaint was due on October 5, 2006.

2. On October 4, 2006, Federal Defendant was served with an Amended Complaint in the above-captioned matter.

3. Pursuant to the Federal Civil Rules, Federal Defendant is allowed additional time, to October 23, 2006, to respond to the Amended Complaint. See Fed. R. Civ. P. 15(a). Federal Defendant has informed counsel for Plaintiff that it intends to file a dispositive motion in response to the Amended Complaint.

4. The parties in this matter have conferred pursuant to Local Rule 7(m) and agree to propose a time-table for the parties to file their pleadings in this matter:

Federal Defendant's dispositive motion - November 15, 2006;

Plaintiff's Opposition - December 15, 2006;

Federal Defendant's Reply - January 5, 2007.

WHEREFORE, for all of the foregoing reasons, Federal Defendant respectfully requests that the Court enlarge the time consistent with the proposed time-table.

A proposed order that would grant the relief sought is attached.

Respectfully submitted,

/s/ Kenneth L. Wainstein
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Civil Action No. 06cv0633 (RBW) |

### ORDER

UPON CONSIDERATION of the Defendant's Protective Consent Motion For Enlargement of Time To Respond To the Amended Complaint, it is this _____ day of October, 2006, hereby

ORDERED, that the Motion is granted, it is further

ORDERED, that the Federal Defendant's response to the Amended Complaint shall be filed no later than November 15, 2006; Plaintiff's Opposition to any proposed dispositive motion shall be filed no later than December 15, 2006; and Federal Defendant's Reply shall be filed no later than January 5, 2007.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE