UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06cv0633 (RBW) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF RENÉE BRINKER FORNSHILL**

I, Renée Brinker Fornshill, hereby declare and state the following:

1. I am an attorney for the Federal Bureau of Prisons in Washington, D.C. I have been employed as an attorney with the Office of General Counsel since August 1995.

2. As Assistant General Counsel, I have access to files and records maintained in the ordinary course of business of the Bureau of Prisons.

3. BOP community corrections centers (CCC) are contract facilities operated by independent contractors. The contracts comply with all applicable provisions of the Federal Acquisition Regulations. The contract is made up of a number of sections outlining specific contractual requirements and the obligations of the parties. One part of this contract is the "Statement of Work" (SOW), which sets forth the contract performance requirements for the management and operation of CCCs for federal offenders.

4. The BOP contract with Hope Village, Inc., states:

"The contractor shall furnish the necessary facilities, equipment, and personnel to provide for the safekeeping, care, and program needs of persons residing in centers



defined in this contract."

SOW, Introduction, Page 6, Section D.

5. Based on the contract, and in practice, the BOP does not manage nor supervise Hope Village employees.

6. Based on the contract and in practice, the BOP does not provide BOP staff for Hope Village, Inc. Nor is the BOP involved in the daily operations of this facility.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 16th day of October, 2009 in Washington, D.C.

_____
RENÉE BRINKER FORNSHILL
Office of General Counsel
Federal Bureau of Prisons