*Hope Village 2AA*
*2AA*
*5200 500 HV*

ATTACHMENT B

STATEMENT OF WORK

(SOW)

COMPREHENSIVE SANCTIONS CENTER

(CSC)

JANUARY 2000


DEFENDANT'S
EXHIBIT
2

TABLE OF CONTENTS

CHAPTER 1
        Administration and Organization . . . . . . . . . . . . 6
CHAPTER 2
        Personnel . . . . . . . . . . . . . . . . . . . . 10
CHAPTER 3
        Facility . . . . . . . . . . . . . . . . . . . . . 21
CHAPTER 4
        Life/Safety . . . . . . . . . . . . . . . . . . . 25
CHAPTER 5
        Sanitation & Environment . . . . . . . . . . . . 29
CHAPTER 6
        Electrical Safety . . . . . . . . . . . . . . . . 31
CHAPTER 7
        Hazardous Materials . . . . . . . . . . . . . . . 32
CHAPTER 8
        Pest Control &  Waste Management . . . . . . . . . 35
CHAPTER 9
        Referral and Intake Processing . . . . . . . . . 36
CHAPTER 10
        Programs . . . . . . . . . . . . . . . . . . . . 41
CHAPTER 11
        Discipline . . . . . . . . . . . . . . . . . . . 71
CHAPTER 12
        Administrative Remedy . . . . . . . . . . . . . . 81
CHAPTER 13
        Food & Medical Services . . . . . . . . . . . . . 82
CHAPTER 14
        Records and Reports . . . . . . . . . . . . . . . 89
CHAPTER 15
        Release Preparation . . . . . . . . . . . . . . . 92
CHAPTER 16
        Escape Procedures . . . . . . . . . . . . . . . . 96
CHAPTER 17
        Serious Illness, Injury, or Death . . . . . . . . 98
CHAPTER 18
        USPO Cases . . . . . . . . . . . . . . . . . . . 99
CHAPTER 19
        Research and Evaluation . . . . . . . . . . . . . 101
CHAPTER 20
        BOP Inspections . . . . . . . . . . . . . . . . . 102
CHAPTER 21
        Cost Reimbursements . . . . . . . . . . . . . . . 107
CHAPTER 22
        Sexual Abuse Intervention . . . . . . . . . . . . 108

List of Attachments

AUTHORIZATION TO RELEASE CONFIDENTIAL INFORMATION . Attachment A

INITIAL INTAKE FORM . . . . . . . . . . . . . . . . Attachment B

CASE NOTES . . . . . . . . . . . . . . . . . . . Attachment C

URINALYSIS PROCEDURES . . . . . . . . . . . . . . . Attachment D

PROHIBITED ACTS AND DISCIPLINARY SEVERITY SCALE . . Attachment E

FOOD GUIDE PYRAMID . . . . . . . . . . . . . . . . Attachment F

EXPLANATION OF TERMS . . . . . . . . . . . . . . . Attachment G

LIST OF BOP FORMS
(provided by CCM)

ME OF FORM                                                    Chapter Reference

ADMINISTRATIVE REMEDY FORMS . . . . . . . . . . . . . . . . . .    10

APPLICATION FOR VOLUNTEER SERVICE . . . . . . . . . . . . . . .     2

AUTHORIZATION TO OPERATE A MOTOR VEHICLE . . . . . . . . . . . .    10

CENTER DISCIPLINE COMMITTEE (CDC) REPORT (CCC'S) . . . . . . . .    11

COMMUNITY BASED PROGRAM AGREEMENT . . . . . . . . . . . . . . . .    9

DUTIES OF STAFF REPRESENTATIVES (CCC'S) . . . . . . . . . . . .    11

FURLOUGH APPLICATION - APPROVAL AND RECORD . . . . . . . . . . .    10

FURLOUGH QUESTIONNAIRE - OUT OF SENTENCING DISTRICT . . . . . . .   10

INCIDENT REPORT (CCC'S) . . . . . . . . . . . . . . . . . . . .    11

INMATE RIGHTS AT CENTER DISCIPLINE COMMITTEE HEARING . . . . . .   11

NOTICE OF CENTER DISCIPLINE COMMITTEE HEARING (CCC'S) . . . . . .   11

  SS REQUEST AND APPROVAL . . . . . . . . . . . . . . . . . . .    10

  STIONNAIRE - SENTENCING DISTRICT . . . . . . . . . . . . . . .   10

URINE SAMPLING PROGRAM (CCC'S) . . . . . . . . . . . . . . . . .   10

WAIVER OF CCC DRUG TREATMENT REQUIREMENT . . . . . . . . . . . .   10

WAIVER OF APPEARANCE (CCC'S) . . . . . . . . . . . . . . . . . .   11

# INTRODUCTION

The Bureau of Prisons (BOP) provides community-based residential and nonresidential correctional services through contractual agreements with state, county and city governments and private corrections contractors. These contractors provide services which include employment and residence development and other self-improvement opportunities to assist federal offenders in becoming law-abiding citizens.

1. **OBJECTIVE.** The objective is to establish a Comprehensive Sanctions Center (CSC) that provides comprehensive community-based services for offenders, i.e., offenders who are in the custody of the BOP, United States Attorney General, or under the supervision of the United States Probation Office (USPO).

2. **STATEMENT OF WORK (SOW).** The SOW sets forth the contract performance requirements for the management and operation of a CSC for federal offenders. The contractor shall ensure that the CSC operates in a manner consistent with the mission of the BOP. The mission is to protect society by confining offenders in the controlled environments of prisons and community-based facilities that are safe, humane, cost efficient and appropriately secure, that provide work and other self-improvement opportunities to assist offenders in becoming law-abiding citizens.

3. **PLACEMENT OF OFFENDERS.** Only the Community Corrections Manager (CCM) can approve a federal offender's placement at a CSC.

4. **CONTRACTOR'S RESPONSIBILITY.** The contractor shall furnish all personnel, management, equipment, supplies and services necessary for performance of all aspects of the contract. Unless explicitly stated otherwise, the contractor is responsible for all costs associated with and incurred as part of providing the services outlined in this contract.

5. **BOP'S PHILOSOPHICAL BASE.** The BOP can successfully carry out its mission because its operations are firmly grounded in a set of common values and functional goals. A clear vision of the BOP's organizational and individualized responsibilities exist among employees. The BOP, as an organization, has a "culture" — a set of values and shared attitudes that guide staff's actions. These values are a source of pride and professionalism to all employees, as they see them reflected in safe, humane and cost effective operations, and in the fair treatment of offenders. The following values are important for contract employees to understand, because they describe some of the major portions of the BOP's culture.

• Sound Correctional Management — The BOP maintains effective security and control of its offenders in CSC facilities utilizing

the least restrictive means necessary. This approach is the essential foundation of all sound correctional management programs.

● Correctional Workers First — All BOP employees share with contract employees a common role as correctional workers and a mutual responsibility for maintaining safe and secure facilities and for modeling society's mainstream values and norms to offenders.

● Promotes Integrity — The BOP firmly adheres to a set of values that promotes honesty, integrity, and professionalism in order to ensure public confidence in its programs. These values also include the agency's prudent use of its allocated resources.

● Recognizes the Dignity of All — Recognizing the inherent dignity of all human beings and their potential for change, the BOP treats offenders fairly, is responsive to their needs, and affords them opportunities for self-improvement to facilitate successful re-entry into the community. The BOP recognizes that offenders are incarcerated as punishment, not for punishment.

● Community Relations — The BOP recognizes and facilitates the integral role of the community in accomplishing the BOP's mission. The BOP also works cooperatively with other law enforcement agencies, the Courts, and other components of the Government. BOP staff visit regularly with CSC contract employees to exchange information on areas of mutual concern. CSCs have proven to be invaluable in maintaining a productive link between the institution and the community in which it is located.

● High Standards — The BOP requires high standards of staff integrity, safety, security, sanitation, and discipline, which promotes a physically and emotionally sound environment for both staff and offenders.

One of the most important things a contract employee can do — for offenders and for society — is to motivate offenders to take advantage of self-improvement opportunities while confined. Contract employees also have an important responsibility to provide a model of mainstream values and standards to offenders in their daily lives and their work in the community. These elements — helping and motivating — call for a caring attitude toward offenders, one that sensibly meshes with the BOP's responsibility to protect society with the joint role the BOP has with the community and offender during the rehabilitation process.

Contract employees need to be firm but fair, humane but careful, in their interactions with offenders. It is possible to maintain security without compromising humane offender care.

Corrections is an important part of the rehabilitative process — offering the programs and services that can help offenders when they return to the community. Offenders should be provided information on these programs, presented in a way that encourages and motivates them to participate.

The CSC has an obligation to provide offenders with an opportunity to acquire the "tools" for self-improvement and law-abiding behavior upon release. Offenders must participate in maintaining family and community ties, through correspondence, visitation and planning for eventual release through participation in pre-release classes and other programs. They have the obligation to honor their debts and begin payment while confined. Each offender is personally responsible for taking advantage of available CSC programs.

These are important guiding principles for contract employees. They provide direction for decisions that carry out the BOP's mission. They also are the foundation of many expectations that the BOP will place on contract employees throughout performance of the contract.

6. CONTRACT PERFORMANCE. All services and programs shall comply with the SOW; the U.S. Constitution; all applicable federal, state and local laws and regulations; applicable Presidential Executive Orders (E.O.); all applicable case law; and Court Orders. Should a conflict exist between any of the aforementioned standards, the most stringent shall apply. When a conflict exists and a conclusion cannot be made as to which standard is more stringent, the BOP shall determine the appropriate standard. The contractor shall comply with and implement any applicable changes to BOP policy, Department of Justice (DOJ) regulation, Congressional mandate, Federal law or E.O.

Should the BOP invoke such changes, the contractor retains rights and remedies to equitable adjustment under the terms and conditions of the contract.

BOP reserves the right to enter into negotiations with the contractor to change the conditions or procedures in this SOW and contract.

BOP reserves the right to have various staff monitor contract performance. The BOP reserves the right to conduct announced and unannounced inspections of any part of the facility at any time and by any method to assess contract compliance. The BOP may investigate any incident pertaining to the performance of this contract. The contractor shall comply and cooperate with the BOP on all investigations, monitoring visits, inspections and inquiries.

The contractor shall report all criminal activity related to the performance of this contract to the appropriate law enforcement investigative agency, e.g., Federal Bureau of Investigation, United States Marshals Service, state and local authorities, and immediately notify the CCM of the report. The contractor shall immediately report to the CCM any person or agency requesting to use an offender in any investigation.

The contractor shall submit any request for contract changes through the CCM to the Contracting Officer (CO) for approval.

Should electronic media, e.g., the Internet, be used by the contractor, the contractor shall manage the information in accordance with Federal law, regulations and policies of the U.S. Department of Justice and BOP. Offenders shall not have direct access to the Internet in the facility.

The BOP Internet web page (WWW.BOP.GOV) is available to the contractor as a resource for information.

7.   SCOPE OF WORK.  The contractor shall comply with all requirements in this SOW and other reference documents as indicated.  The technical proposal is incorporated into the contract unless otherwise stated in the contract or defined by the CCM.

The contractor has affirmative responsibility to ensure proper management and oversight of their program.  Absentee ownership shall not mitigate program integrity, responsiveness or responsibility.

The contractor shall protect, defend, indemnify, save and hold harmless the United States Government, the BOP and its employees or agents, from and against any and all claims, demands, expenses, causes of action, judgements and liability arising out of, or in connection with, any negligent acts or omissions of the contractor, its agents, subcontractors, employees, assignees or any one for whom the contractor may be responsible.

The contractor shall also be liable for any and all costs, expenses and attorneys fees incurred as a result of any such claim, demand, cause of action, judgement or liability, including those costs, expenses and attorneys fees incurred by the United States Government, the BOP and its employees or agents.  The contractor's liability shall not be limited by any provision or limits of insurance set forth in the resulting contract.

In awarding the contract, the Government does not assume any liability to third parties, nor will the Government reimburse the contractor for its liabilities to third parties, with respect to loss due to death, bodily injury, or damage to property resulting

in any way from the performance of the contract or any
subcontract under this contract.

The contractor shall be responsible for all litigation, including
the cost of litigation, brought against it, its employees or
agents for alleged acts or omissions. The CO shall be notified
in writing of all litigation pertaining to this contract and
provided copies of any pleadings filed or said litigation within
five working days of the filing. The contractor shall provide
the CCM copies of all documents. The contractor shall cooperate
with Government legal staff and/or the United States Attorney
regarding any requests pertaining to federal or contractor
litigation.

The contractor shall develop operational policies and procedures
that follow the requirements contained in this SOW and to
generally accepted correctional practice as defined by the COTR.

Except as otherwise provided for in this SOW, all federal
offenders shall receive the same treatment and services.

# CHAPTER 1 – Administration and Organization

The contractor shall maintain a current written operations manual that is available to all staff. It shall describe the purpose, philosophy, programs, services, policies and procedures of the facility, and be updated on an as-needed basis. The operations manual shall address each chapter of the SOW. Staff shall have a general understanding of the operations manual. The operations manual shall contain all certifying tests, zoning and "permit to use" documents for the facility. The contractor must operate in accordance with the manual. The operations manual shall not circumvent the SOW requirements. The operations manual is a separate manual from the technical proposal. Staff shall at least annually review the operations manual which the contractor shall document. The operations manual shall be available for review by the BOP during inspections of the facility.

The contractor shall report, through the CCM, to the CO any deviation from the requirements of this SOW. The CCM will interpret the requirements of this SOW.

The contractor shall develop a written mission statement, long-range goals, and objectives, which shall be available for review by the BOP during inspection of the facility.

1.   AMERICAN CORRECTIONAL ASSOCIATION (ACA). The BOP encourages the contractor to acquire certification in accordance with the most current edition(s) of the ACA <u>Standards for Adult Community Residential Services</u>.

If the facility is not ACA accredited, the contractor shall use the most recent edition(s) of the ACA <u>Standards for Adult Community Residential Services</u> as a guide in developing the operations manual.

The contractor shall advise the CCM in writing of their intent to seek ACA accreditation.

2.   PERFORMANCE. The contractor shall maintain a current contingency plan to ensure continuity of service should unforseen circumstances occur, such as employee work actions or strikes. The plan must be available for the BOP upon inspection.

The contractor shall provide at least 75 percent of the contract requirements by using employees compensated directly by the contractor. This means the contractor cannot subcontract more than 25 percent of the contract requirements. The intent is to create a uniform composition of services under the control and supervision of the facility director. The contractor shall submit all proposed subcontracts to the BOP for approval when the contractor intends to seek the services of a subcontractor, e.g., food service or facility maintenance.

The contractor shall under no circumstances allow an offender to be in a position of control or authority over another offender, contract or subcontractor employee.

The contractor shall not use or allow offenders to be used for medical, pharmaceutical, or cosmetic experiments.

3. INFORMATION. The contractor shall comply with the requirements of the Freedom of Information Act 5 U.S.C. §552, Privacy Act, 5 U.S.C. §552a. and 28 CFR part 16, Production or Disclosure of Material or Information. The contractor shall seek the CCM's approval before releasing BOP records in response to a request for information. All documents produced as a result of this contract shall become the property of the BOP.

The contractor shall have written policy and procedures for staff managing information.

   a. Government Contacts. The contractor shall post and display in a conspicuous location a listing of the names, addresses, and telephone numbers of the responsible Community Corrections Regional Administrator (CCRA), Management Center Administrator (MCA), CCM, Regional Director, and Chief USPO.

   b. Congress. The contractor shall immediately notify the CCM when a request, e.g., information or tour of the facility, is made by a member of the United States Congress to the contractor.

   c. News Media. The contractor shall notify the CCM when a request or contact is made by any media representative, i.e., a person whose principal employment is to gather or report news for a newspaper, magazine, national or international news service, or radio or television news program. These requests or contacts may include, but are not limited to, interviews, visits or impromptu questions with staff or offenders.

The contractor shall coordinate all public information issues with the CCM and clear, in advance, all press statements and releases.

The contractor shall ensure employees agree to use appropriate disclaimers clearly stating that the employees' opinions do not necessarily reflect the position of the BOP or DOJ in any public presentations they make or articles they may write that relate to any aspect of the contractor's performance in this contract.

   d. Documentation. The contractor shall document that all requirements of this SOW are being met. The contractor has the affirmative responsibility to prove the requirements are being met.

The contractor shall maintain documentation showing their standing as a legal entity, or part of a legal entity, and shall maintain documentation indicating legal measures have been taken to provide continuity of service in case of incapacitation, retirement, or death of the contractor.

The contractor shall maintain documentation of their tax exempt status, if applicable.

The contractor shall have valid liability and property insurance for the facility and equipment, with documentation available for review.

e. Meetings. The facility director shall conduct staff meetings at least monthly to foster communication, establish policy, discuss problems, ensure compliance with SOW requirements, and accomplish program objectives. The contractor shall distribute new or revised policy and procedure to staff, volunteers, and if appropriate, offenders. The contractor shall document these meetings by providing a written summary of the minutes. This documentation shall be available to the BOP upon inspection.

f. Equipment. The contractor shall have a working fax machine and telephone for staff use only.

g. Translation. The contractor shall provide for the translation of facility rules, emergency diagrams, and other related documents into a foreign language as required by the composition of the offender population.

4. COMMUNITY OUTREACH. The contractor shall have written policy and procedures for a public information program which offers ongoing, positive communication between the facility and the local community, elected officials, law enforcement and citizens.

5. QUALITY CONTROL. The contractor shall develop a quality control plan, i.e., an internal system for monitoring programs through inspections or reviews conducted by the facility director or other staff. The contractor shall conduct at least one formal annual review of the facility's operation. The contractor shall report to the CCM in writing the results of the review to include any written finding(s) and action plans to correct the finding(s).

The contractor shall conduct a system of regular quality control as indicated in the contractor's quality control plan. The contractor shall make the plan and its outcomes available to the BOP upon any inspection. The contractor shall treat quality control as an ongoing process. Outcomes, quality and value can be enhanced by systematically designing, measuring, assessing, and improving the CSC's functions and processes, such as

Management of information, intake and release procedures, financial obligation collections, accountability, documentation requirements, and appropriate notifications to the COY.

The contractor shall operate according to an annual written budget of anticipated revenues and expenditures.  The contractor shall have policy and procedures for the receipt, safeguarding, disbursement, and recording of funds that comply with generally accepted accounting practices.

# CHAPTER 2 - Personnel

1.  STAFF COVERAGE.  The contractor shall have trained, paid staff, dressed and awake, on the premises to provide 24 hour coverage, seven days a week that provides for safe and secure supervision of all federal offenders, and that provides for the orderly running of the CSC.

The contractor shall staff at least one 7-day post, 24 hours a day, to supervise federal offenders.  The contractor shall also provide key personnel in accordance with the number of offenders residing in a facility (see Key Personnel).

Housing configurations, e.g., several buildings, require the contractor to determine the number of staff needed to safely and securely supervise the federal offenders.  A staff/offender ratio shall be submitted in the technical proposal based upon the layout of the proposed facility and the estimated number of federal offenders in the Request for Proposal (RFP).

The contractor shall maintain the staff/offender ratio (i.e., number and type of staff, specified in the contract, proportionate to the offender population) throughout the performance of the contract unless otherwise indicated by the CCM.

  a.  Staffing Pattern.  The contractor shall concentrate staff when most offenders are available for program activities, normally during the evening hours.

The contractor shall submit, in the technical proposal, a sample of a weekly work schedule by position clearly defining the duty-hours of each position.  The sample schedule shall indicate which positions are full-time and which are part-time.  In addition, the work schedule will identify if the positions are devoted to federal offender supervision and/or program activities.  The intent is to ensure that the contractor adequately staffs for both program activities and offender supervision.

> **NOTE:  If the contractor's facility also houses non-federal offenders, the contractor shall specify what percentage of each position's time will be devoted to the federal contract.**

  b.  Staff/Offender Ratio.  The contractor is always responsible the appropriate supervision of federal offenders and the orderly running of the CSC.  The staff/offender ratio established in the contract contributes to the contractor's ability to safely and securely operate the CSC.  The contractor shall notify the CCM of any unforseen circumstance which may affect the safety, security or orderly running of the CSC.  Accordingly, the CCM may determine that an adjustment to the staff/offender ratio is

warranted. The contractor shall comply with any change s to the ratio as directed by the CCM.

1. Population Changes. If the average monthly population (AMP) changes from the BOP's original projection for three consecutive months, the staff/offender ratio may be changed in accordance to the following:

a) If the AMP exceeds the original estimate by 25 percent for three consecutive months, the contractor shall add qualified staff consistent with the original staff/offender ratio.

b) If the AMP is 25 percent below the original estimate for three consecutive months, the contractor may reduce staff consistent with the original staff/offender ratio, as long as the contractor continues to provide safe and secure supervisor of federal offender.

c. Key Personnel. All key personnel are full-time employees. They work on-site at the facility. Key personnel at major use contracts (31 offenders or more) shall devote 100 percent of their working time to the federal contract. The intent is to ensure that key personnel work exclusively with federal offenders when the contractor also provides services to other offenders such as local or state offenders. The contractor shall identify to the CCM key personnel employed at the facility.

1. Full-time employment is 40 hours per week on-site.

2. The contractor shall staff at least four key personnel positions. They are the facility director, case manager, employment placement specialist (EPS), and counselor or an equivalent position. The EPS is required only at major use facilities.

The CCM must approve changes of key personnel before they are employed in a key personnel position.

The contractor shall staff all key personnel positions throughout the performance of the contract. The contractor shall notify the CCM in writing if key personnel vacate a position permanently and indicate when a replacement will be made. The notification shall occur within five working days after the vacancy.

d. Training. The contractor shall develop an employee training program in addition to any BOP provided training.

1. Contractor Training.

a) Annual. The contractor shall provide staff with at least 20 hours of annual refresher training relating to the operation of the CSC. The contractor shall document the training

topics, date, time and participants. The training shall at least cover the following:

- Discipline procedures for offenders
- Emergency Plans;
- Staff integrity and ethics;
- Accountability and security procedures;
- Life, safety and emergency procedures;
- Offender searches;
- Signs of suicide and suicide precautions;
- Use of force regulations and tactics;
- CDC Report writing;
- Universal precautions;
- Interpersonal relations and communication skills;
- Social and cultural life styles of the offender population;
- Prevention, identification, and handling of sexual abuse/assault incidents and
- Basic first aid.


b) Orientation. The contractor shall provide an orientation for all new employees during their first week of employment. Topics must include at least, a discussion of sexual abuse/assault prevention and intervention and Employee "Standards of Conduct." The contractor shall document the employees' participation, certifying date, time and completion in their personnel file.


2: BOP Training. At least one key personnel staff member attend and participate in the BOP regional training meeting, which is ordinarily schedule every two years. The contractor is responsible for all costs associated with this training.

2. ORGANIZATIONAL CHART. The contractor shall maintain a narrative description and diagramed organizational chart outlining the structure of authority, responsibility, and accountability of both the facility and company. The intent is to gain an understanding of the "chain-of-command" between the governing board, chairperson of the board, chief executive officer, president, authorized negotiator, facility director to include key personnel, and other staff who will be directly supervising the federal offenders.

The contractor shall be responsible to the Government for acts and omissions of employees, and of subcontractors and their employees.

Subject to existing laws, regulations and other provisions of this contract, illegal or undocumented aliens shall not be employed by the contractor. The contractor shall ensure this

provision is expressly incorporated into any and all subcontracts or subordinate agreements issued in support of this contract.

9.  PERSONNEL RECORDS.  The contractor shall maintain a complete, confidential, and current personnel file for each employee.  The contractor shall maintain this file on-site at the facility and make it available to the BOP upon request.

The contractor shall have a written personnel manual that describes policies and procedures covering at a minimum the following areas:

- Staff coverage
- Staff training
- Staff discipline
- Staff retention
- Organizational chart
- Staff orientation
- Staff development

- Personnel records
- Recruitment
- Separation from work
- Performance evaluation
- Standards of Conduct
- Volunteers
- Resignation

Note:  The contractor shall develop a retention program designed to minimize employee turnover.

The personnel manual is a separate manual from the operations manual.

a.  Affirmative Action.  The contractor shall have a written policy specifying that equal employment opportunities exist for all positions.  Full consideration shall be given to the recruitment, hiring, placement, retention, training, and advancement, of women, members of minority groups, disabled veterans, and qualified individuals with disabilities who, with or without reasonable accommodation, can perform the essential functions of the job in question.  The contractor shall not discriminate against individuals based on race, color, religion, sex, national origin, physical or mental disability, age, retaliation, or sexual orientation.  In addition, the contractor shall not prevent women from working in male offender programs or men from working in female offender programs.

b.  Employee Evaluation.  The contractor shall develop written policies and procedures for an annual written performance review of each employee based on defined criteria.  The results are discussed with the employee, and the review is signed by the employee and evaluator.

c.  Newly Hired Employees.  The contractor shall have written policy providing for a probationary term followed by permanent status for new or newly promoted employees.

1    d.  Job Descriptions.  The contractor shall establish job
2    descriptions for all staff positions performing services under
3    this contract.  Each job description shall accurately describe
4    duties for the position and include, at a minimum a job title,
5    the minimum education and experience qualifications required, and
6    specific duties and responsibilities.

7    The minimum education and experience qualifications for the
8    position of facility director (facility manager, CSC supervisor,
9    center director and all other similar titles) shall be four years
10   of academic studies in a social or behavioral science program
11   from an accredited college or university.  Work experience may be
12   substituted for academic studies exchanging one year of work
13   experience in a related field for one year of academic education.
14   In addition to the academic requirement, one year of supervisory
15   experience is required.  A four year degree with supervisory
16   experience in the corrections field is preferred.

17   e.  Social Security Card.  The contractor shall ensure each
18   employee and any subcontractor, has a social security card issued
19   by the U.S. Social Security Administration, and a United
20   States citizen or a person lawfully admitted into the United
21   States as a permanent resident.

22   4.  BACKGROUND INFORMATION.  Contract employees must be approved
23   by the CCM before they may work with federal offenders.

24   The contractor shall submit a person's name and relevant
25   information to the CCM for a fingerprint and background check
26   only after the contractor has determined that this person is
27   appropriate for employment and that this person will work with
28   federal offenders.

29   The contractor shall secure from a person (i.e., a person who the
30   contractor employs or intends to employ and who will be working
31   with federal offenders) a signed consent form using Attachment A,
32   AUTHORIZATION TO RELEASE CONFIDENTIAL INFORMATION.   The
33   contractor shall then submit to the CCM the relevant information,
34   including the signed consent form.  This begins the fingerprint
35   and background checks.  The contractor shall not submit any
36   person which the contractor does not employ or intend to employ.

37   The contractor shall require this person to provide complete
38   details of any conviction record or current charges for any
39   violation of law.  The information will be used to determine the
40   person's fitness for working with federal offenders.

41   The information shall include full name, date of birth, state of
42   birth, sex, race, social security number, and previous cities and
43   state(s) of residence.  The contractor shall notify this person
44   that a National Crime Information Center/National Law Enforcement
45   Telecommunication System (NCIC/NLETS), fingerprint, criminal

records and other appropriate background checks will be processed by the BOP to verify this information. The intent is to ensure that all contract employees are effectively and efficiently screened to ensure their acceptability to work with federal offenders.

This person shall not begin working with federal offenders before clearance is obtained from the CCM. The CCM may grant the person temporary clearance to work with federal offenders after the NCIC/NLETS check is conducted if the results of the check are appropriate.

The final approval or disapproval by the CCM will follow the CCM's receipt of the fingerprint and/or other background checks. The contractor shall understand that the granting of final approval shall not occur until after the CCM receives a response(s) from the fingerprint or other background checks and these checks prove to be appropriate.

This action shall in no way prevent, preclude, or bar the withdrawal or termination of any prior clearance or approval by the CCM at any time during the term of the contract.

The CCM will ordinarily approve a person to work with federal offenders in accordance with guidelines established in the most recent version of the BOP program statement entitled Contract Staff Integrity for Privately Operated Community Corrections Residential Facilities.

The contractor shall verify training and experience of all staff. This includes credentials for all professional staff. The contractor shall document the verification in the personnel file and make it available to the CCM during inspections.

The contractor shall voucher potential employees through reference and employment checks. The contractor shall document information regarding reference and employment checks in the employee's personnel file.

5. STANDARDS OF CONDUCT. The contractor shall develop written policy, procedures and practice, subsequently referred to as the Standards of Conduct, on employee conduct, ethics and responsibility. The contractor shall notify employees of the Standards of Conduct and document this notification in their personnel files.

The contractor shall require all employees to sign an acknowledgment that they have received and understand the Standards of Conduct and shall cooperate fully by providing all pertinent information which they may have with any investigative authority. Full cooperation means and requires truthfully

Personnel: Ch. 1, Page 16

responding to all questions and providing a signed affidavit, if requested.

The contractor shall also document this acknowledgment in each employee's personnel file.

Investigative authorities include, but are not limited to, investigations conducted by the Federal Bureau of Investigation, Office of the Inspector General, Office of Professional Responsibility, BOP Office of Internal Affairs, Office of Personnel Management, BOP Special Investigative Agent, BOP Special Investigative Supervisor, Equal Employment Opportunity Investigator, Department of Labor, U.S. General Accounting Office, U.S. Marshal Service or any other agent or agency the CCM authorizes or directs to conduct an investigation.

   a.  At a minimum, the contractor shall include in the "Standards of Conduct" the following:

   ● Employees shall conduct themselves professionally and in a manner that creates and maintains respect for the CSC, BOP, the Department of Justice, and the U.S. Government.

   ● Employees shall avoid any action that might result in, or create the appearance of, adversely affecting the confidence of the public in the integrity of the U.S. Government.

   ● Employees shall uphold the ethical rules governing their professions, including complying with applicable licensing authority rules, unless they conflict with federal law.

   ● Employees shall not use or possess illegal drugs or narcotics.  They shall not abuse any drugs or narcotics.  Use of alcoholic beverages or being under the influence of alcohol while on duty, present in the facility, or immediately before reporting for duty is prohibited.  An employee while on duty or in the facility is considered to be under the influence of alcohol if their blood alcohol content level is 0.02 percent or greater.

   ● Employees shall not allow themselves to show partiality toward, or become emotionally, physically, sexually, or financially involved with offenders, former offenders, or the families of offenders or former offenders.  Chaplains, psychologists, and psychiatrists may continue a previously established therapeutic relationship with a former offender in accordance with their respective codes of professional conduct and responsibility.

   ● Employees shall not engage in, or allow another person to engage in, sexual behavior with an offender.  Regardless of whether force is used or threatened, there can be no consensual sex between employees and offenders.

●Employees shall not offer or give to an offender or a former offender or any member of his or her family, or to any person known to be associated with an offender or former offender, any article, favor, or service, which is not authorized in the performance of the employee's duties.  Employees shall not accept any gift, personal service, or favor from an offender or former offender or from anyone known to be associated with or related to an offender or former offender.  This prohibition includes becoming involved with families or associates of any offender.

●Employees shall not show favoritism or give preferential treatment to one offender, or a group of offenders, over another.

●Employees shall not use profane, obscene, or otherwise abusive language when communicating with offenders, fellow employees, or others.  Employees shall conduct themselves in a manner that is not demeaning to offenders or fellow employees.

●Employees shall remain fully alert and attentive during duty hours.

●Employees shall not have any outside contact with an offender, ex-offender, offender's family or close associates, for a period of one year from the last day of the offender's sentence or supervision, whichever is later, except those activities that are an approved, integral part of the CSC program and a part of the employee's job description.

●Employees shall not engage in any conduct that is criminal in nature or which would bring discredit upon the CSC, BOP, Department of Justice or U.S. Government.  Employees' conduct must be above reproach.  It is expected that employees shall obey, not only the letter of the law, but also the spirit of the law while engaged in personal or official activities.  Should an employee be charged with, arrested for, or convicted of any felony or misdemeanor, that employee must immediately inform and provide a written report to the facility director.  The facility director shall immediately report the incident to the CCM.  Traffic violations resulting in fines less than $150 shall be exempt from this reporting requirement.

●Employees shall not use brutality, physical violence, or intimidation toward offenders, or use any unauthorized or inappropriate force.

●Employees shall not have an inappropriate contact or relationship with their supervisor or subordinate.

●Employees shall not possess lethal weapons or weapons which may inflict personal injury in the facility or while on duty.

●Employees suspected of any "Standard of Conduct" violation are subject to the least restrictive action si which will protect the safety, security and orderly running of the facility.

b.  The contractor shall not conduct an investigation of any misconduct allegation without the BOP's approval.  This includes questioning the subject of a misconduct allegation.  The contractor shall advise all employees that they are subject to Government investigation if an allegation is made concerning any interest of the Government.

c.  The contractor shall report any allegation, violation or attempted violation of the "Standards of Conduct" immediately by telephone.  The contractor shall subsequently report in writing to the CCM, within one calendar day after becoming aware of the incident.  The contractor shall not restrict any employee or offender from reporting misconduct directly to the BOP.  Moreover, the contractor shall not retaliate against any employee or offender who reports misconduct.

Following the investigation and if allegations are sustained, the contractor shall indicate, in writing, to the BOP their plan of action indicating the disposition of the employee.  The BOP has the right to determine if the employee may continue to work with federal offenders.

Failure to report a violation or take appropriate action against an employee may subject the contractor to appropriate action, up to and including termination of the contract.

d.  The contractor shall not employ any individual who is under supervision or jurisdiction of any parole, probation or correctional authority.  Persons with previous criminal convictions who are not under supervision may be considered for employment.  However, the BOP reserves the right of approval in such cases.  Consideration will be given to such factors as criminal history, time elapsed since conviction s), and subsequent adjustment in the community.

e.  The contractor shall have a written policy to prevent conflicts of interest that specifically states that no employee may use his or her official position working with federal offenders to secure privileges or advantages in the facility or in the community.

f.  Safety of offenders and staff is the highest priority.  Contract employees may justify the use of physical force in the following situations: when there is eminent  danger to their safety or life; when there is eminent danger to the safety or life of another person; to prevent an offender from self-inflicted harm; or to prevent the loss or damage of  property.

1  Justifiable physical force is the minimum degree of force used to
2  control the situation.
3

All employees shall use only the force necessary to control the
   situation.  They shall not use excessive force.  The contractor
6  shall immediately report any instance of the use of physical
7  force to the CCM, by the most expeditious means available, e.g.
8  telephone.  The contractor shall submit in writing, within one
9  calendar day after the incident, a carefully documented written
10 report to the CCM.
11

12     g.  The BOP strictly prohibits contract employees and offenders
13 from using or possessing any lethal weapon, pepper spray or other
14 self-defense type of chemical agent in the contract facility.
15 Offenders shall not posses or use any of these items at any time.
16

17 6.  SEXUAL ABUSE INFORMATION.  The contractor has the
18 responsibility to provide a working environment that is free from
19 sexual harassment and intimidation in accordance with Title VII
20 of the Civil Rights Act of 1964, as amended.  Sexual
21 abuse/assault/misconduct is verbal or physical conduct of a
22 sexual nature directed toward an offender or employee by another
23 offender, employee, or volunteer of the facility.
24

25 The contractor shall ensure that policy prohibits sexual
26 abuse/assault/misconduct by employees against federal offenders
27 or other employees.  Sexual misconduct is illegal and a violation
   of federal law.

30 The contractor shall develop and implement a comprehensive staff
31 training program addressing the facility's sexual
32 abuse/assault/misconduct prevention and intervention program.
33 Written policy, procedure, and practice shall provide that all
34 staff receive such training during employee orientation and on an
35 annual basis as part of the facility's in-service training plan.
36

37 7.  VOLUNTEERS.  The BOP encourages the use of volunteers.
38 Contractors will use volunteers to provide a variety of programs,
39 such as marriage and family enrichment, substance abuse
40 education, literacy, spiritual growth, recreation, health
41 education, fitness, vocational training and many others.  While
42 providing these valuable services, volunteers reinforce the
43 societal values conveyed daily by staff.  Direct volunteer
44 assistance is useful to an offender's successful community
45 reintegration.
46

47 Volunteers are private citizens or students, age 18 or older, who
48 provide a variety of unpaid services that would not otherwise be
49 performed by a paid employee.

Justifiable physical force is the minimum degree of force used to control the situation.

All employees shall use only the force necessary to control the situation. They shall not use excessive force. The contractor shall immediately report any instance of the use of physical force to the CCM, by the most expeditious means available, e.g. telephone. The contractor shall submit in writing, within one calendar day after the incident, a carefully documented written report to the CCM.

g. The BOP strictly prohibits contract employees and offenders from using or possessing any lethal weapon, pepper spray or other self-defense type of chemical agent in the contract facility. Offenders shall not posses or use any of these items at any time.

6. SEXUAL ABUSE INFORMATION. The contractor has the responsibility to provide a working environment that is free from sexual harassment and intimidation in accordance with Title VII of the Civil Rights Act of 1964, as amended. Sexual abuse/assault/misconduct is verbal or physical conduct of a sexual nature directed toward an offender or employee by another offender, employee, or volunteer of the facility.

The contractor shall ensure that policy prohibits sexual abuse/assault/misconduct by employees against federal offenders or other employees. Sexual misconduct is illegal and a violation of federal law.

The contractor shall develop and implement a comprehensive staff training program addressing the facility's sexual abuse/assault/misconduct prevention and intervention program. Written policy, procedure, and practice shall provide that all staff receive such training during employee orientation and on an annual basis as part of the facility's in-service training plan.

7. VOLUNTEERS. The BOP encourages the use of volunteers. Contractors may use volunteers to provide a variety of programs, such as marriage and family enrichment, substance abuse education, literacy, spiritual growth, recreation, health education, fitness, vocational training and many others. While providing these valuable services, volunteers reinforce the societal values conveyed daily by staff. Direct volunteer assistance is useful to an offender's successful community reintegration.

Volunteers are private citizens or students, age 18 or older, who provide a variety of unpaid services that would not otherwise be performed by a paid employee.

1   Volunteers who provide services in a CSC under the direct
2   observation and supervision of paid staff will not need to
3   undergo any security background clearances.
4
5   Volunteers at a CSC who provide services without any direct
6   supervision must submit to the same background checks as paid
7   staff.  In addition, the contractor shall have the volunteer
8   complete the BOP form entitled APPLICATION FOR VOLUNTEER SERVICE
9   to the CCM.  The contractor shall report the number of volunteers
10  quarterly to the CCM.
11
12  The contractor shall provide a brief orientation program for all
13  volunteers and provide specific written guidance in the format of
14  a "Volunteers Manual."