UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Civil Action No. 06cv0633 (RBW) |

### DECLARATION OF DET. CPL. JOAN BUCHAN (RET.)

I, Joan Buchan, being duly sworn, depose and say that the following is based upon my individual recollection and upon a review of my case notes:

1. I am retired from employment with the Montgomery County Police Department. At the time of my retirement on August 11, 2006, I was a Detective with the rank of Corporal in the Major Crimes Division, Homicide/Sex Crimes Section.

2. I graduated from the Montgomery County Police Academy in October, 1980, and began my employment with the Montgomery County Police as a Patrol Officer. In approximately 1992 or 1993, I became a Detective in the Property Crimes Section, and was promoted to Corporal in 1993. In 2000, I was transferred to the Major Crimes Division, Homicide/Sex Crimes Section, where I remained until my retirement.

3. In the position as Detective in the Major Crimes Division, Homicide/Sex Crimes Section, my official duties included investigation of homicides in Montgomery County. On the night of August 6, 2002, I was assigned to investigate the murder of Erika Smith and Gregory Russell.

4. From the investigation, I learned that, on August 6, 2002, Anthony Kelly allegedly



DEFENDANT'S
EXHIBIT
3

broke into the home of Gregory Russell, Erika Smith's father, in Silver Spring, Maryland. While in the home, Kelly shot and killed Erika Smith and Mr. Russell.

5. Although I do not remember when I first spoke with Erika Smith's mother, Carol Smith, I recall speaking with Ms. Smith on multiple occasions during the investigation. It is my policy as a homicide detective to keep in contact with the victim's family, and to keep them informed as to the substantial developments before the information becomes public, including the identification of a suspect.

6. According to my notes, Anthony Kelly was identified as a suspect in the murder of Erika Smith and Gregory Russell on August 29, 2002. My notes also indicate that the development of Anthony Kelly was first reported on September 5, 2002. Accordingly, Carol Smith was informed that Anthony Kelly was identified as a suspect prior to September 5, 2002.

7. When I identify a person as a possible suspect in a homicide, a criminal history of the suspect is obtained. With respect to Mr. Kelly, I reviewed his criminal history as soon as he was identified as a suspect, and on September 9, 2002, obtained a written Certificate of Parole indicating that Anthony Kelly was on parole at that time for a prior offense. That information was passed on to Carol Smith before it became public in the local media.

8. News of Anthony Kelly's parole became public in the local media on or about September 10 or 11, 2002.

9. Anthony Kelly was arrested on September 5, 2002.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my recollection. Executed this ____ day of October, 2002. Nov. 2006

_Joan Buchan (Ret. Cpl. MCP)_
———————————————
JOAN BUCHAN