# Gazette.Net
Maryland Community Newspapers Online

SEARCH

News by edition
- Montgomery
- Frederick
- Prince George's
- Carroll

Sports by edition
- Montgomery
- Frederick
- Prince George's
- Carroll

Business
Politics

Home  Select One

News
- Montgomery
- Prince George's
- Frederick
- Carroll

Calendar
Sports
Entertainment
- Restaurant Finder
- Movie Finder
- Weekend Edition

Business
Politics
Classified
JobSource
AutoSource
HomeSource

Births
Engagements
Weddings
Reunions
Obituaries
Columns
Letters
Open Forum

**The Gazette NEWS**

Advertisers, Reach even more customers with your newspaper ad online!
Only $9.95/wk. (retail ads only)
301-670-2665

## Man charged with rape, questioned in Washington, D.C. killing

Sep. 11, 2002

*Meredith Hooker*
*Staff Writer*

Montgomery County Police have arrested a man on rape charges who has also been questioned by Washington, D.C. police regarding the Aug. 9 killing of a Seattle tourist two blocks from the Takoma Metro station.

County police arrested Anthony Quinton Kelly, 38, on the evening of Sept. 5 following a joint investigation involving detectives and officers from Montgomery County, the Metropolitan Police Department, the Takoma Park Police Department and the U.S. Marshal's Service.

Kelly was charged with a rape that occurred in March 2002 in Silver Spring on Greenwood Avenue near Rolling Terrace Elementary School.

He is now being held without bond at the county detention center in Rockville. He will not be released until he has answered charges in all other jurisdictions that he is wanted in, said police spokesman Officer Derek Bailies.

Kelly was denied bond at a hearing Monday in the Montgomery County District Court after it

Contact Us

Weather Forecast
74° Partly cloudy
08:17 PM EDT

Traffic Reports
CLASSIFIEDS

JobSource
or Quick Job Search  GO

AutoSource
or Quick Auto Search  GO

HomeSource
or Quick Home Search  GO

Place An Ad
- Directories
- Merchandise
- Legal
- Apartments
- Announcements
- Meeting Place
- All Categories

MEDSource


DEFENDANT'S EXHIBIT

Man charged with rape, questioned in Washington, D.C. killing

was determined he has an extensive criminal history.

Kelly is also wanted in Prince George's County on an arrest warrant for theft over $500, and wanted by Takoma Park police on a warrant for theft over $500. He may also be in violation of parole, Bailies said. The U.S. Marshal's Service will determine whether or not Kelly has violated his parole.

Kelly has only been charged with rape in Montgomery County, Bailies said.

Metropolitan police have questioned Kelly regarding the death of Katie Lynn Hill, Bailies said. Hill, a 36-year-old Seattle tourist, was killed Aug. 9 in Takoma, D.C., two blocks away from the Takoma Metro station at Takoma Elementary School on Piney Branch Road. Hill suffered multiple gunshot wounds to the body and head.

That case is currently under investigation, said Metropolitan Police spokesman Sgt. Joe Gentile, and information cannot be released at this time.

Police are looking at whether or not the Hill killing is related to a double slaying that took place three days earlier and three miles away in Silver Spring, according to media reports.

George Gregory Russell, 47, and his 9-year-old daughter, Erika Smith were shot to death in their Silver Spring home on Columbia Boulevard on Aug. 7. The case is under investigation, Bailies said, and he did not make any connection to the D.C. homicide.

In both cases, the weapon was a handgun and some media reports have said the same handgun may have been used in both killings.

But, said Bailies, "If that's indeed true, that the same weapon was used, you still have to put a hand on that weapon."

Copyright © 2005 The Gazette - ALL RIGHTS RESERVED. Privacy Statement

**Ads by Google**

**Depression Pills-Review**
Natural depression pills reviewed. See what products performed well.
Consumer-HealthDigest.com

**Oprah Has Spoken**
"You're going to want to take this test" - the free RealAge test!
www.RealAge.com

**Stress management**
Get a College Degree in 3 Months & Earn Up To $120/Hr - Free Packet
www.InstantColleges.com

**Mill Creek Psychologist**
Clinical Psychologist treating ADD depression, marital issues, etc.
athealth.com/jilljacobsonphd.cfm

- MedSource
- Community Workshops
- Q&A with hospital staff

**Top Jobs**

Brooke Grove Retirement Village Looking for a Rewarding posi...

**ASSISTANT MANAGER**

*Career Opportunities* CTI Consultants, Inc. (www.cti-consul...

Networking & Telecommunications Assistant Manager The Un...

Administrative: Junior Technician for Internet The Gazet...

COUNSELORS/ INSTRUCTIONAL TECHNICIANS A non-profit agenc...

CITY OF TAKOMA PARK Streets and Parks Supervisor Oversees a...

View All Top Jobs Here

Editorials
Police Reports
About Us
Advertise
Contact Us
Newsstands
Non-Profits
Related Sites
Partner Sites