# Gazette.Net
## Maryland Community Newspapers Online

News by edition | Sports by edition

Home | Montgomery | Frederick | Prince George's | Carroll | Select One | Select One

SEARCH

News
- Montgomery
- Prince George's
- Frederick
- Carroll

Calendar
Sports
Entertainment
Restaurant Finder
Movie Finder
Weekend Edition
Business
Politics
HomeSource
AutoSource
JobSource
Classified
Births
Engagements
Weddings
Reunions
Obituaries
Columns
Letters
Open Forum

## Police provide details of double murder response

**Greg Simmons**
*Staff Writer*

Aug. 28, 2002

Officers tell residents that case is 'top priority'

Police offered calming advice but few hard facts last week about their continuing investigation into the murder of a former Maryland official and his daughter at the man's Silver Spring home three weeks ago.

Nearly 100 neighbors attended the forum held by Montgomery County Police.

Police said that aside from the most recent high-profile crimes, the neighborhood and surrounding areas are the safest in the entire 3rd District, which stretches from Takoma Park north to Howard County.

The most striking criticism from the audience came from a trembling Carol Smith, the mother of Erika Smith, who was killed with her father, 47-year-old George Gregory Russell, at Russell's Montgomery Hills home.

"I want to know what kind of priority this case has. This is my 9-year-old daughter. ... Do you

Contact Us

Weather Forecast
74°
Partly cloudy
08:08 PM EDT

Traffic Reports
CLASSIFIEDS
JobSource — or Quick Job Search — GO
AutoSource — or Quick Auto Search — GO
HomeSource — or Quick Home Search — GO
Place An Ad
- Directories
- Merchandise
- Legal
- Apartments
- Announcements
- Meeting Place
- All Categories

MEDSource

Advertisers, Reach even more customers with your newspaper ad online! Only $9.95/wk. (retail ads only) 301-670-2665



DEFENDANT'S EXHIBIT 5

- Editorials
- Police Reports
- About Us
- Advertise
- Contact Us
- Newsstands
- Non-Profits
- Related Sites
- Partner Sites

have the resources to get this case done," said Smith, a District of Columbia resident.

"We have the resources to get this done," said Major Crimes Division director Capt. Bernard Forsythe in front of the group to Smith. "This is a top priority."

Forsythe said several teams of county investigators are working on the case. That includes three detectives and an additional two forensics technicians who are working directly on the case, said Sgt. Nick DeCarlo, who leads the homicide/sex section.

Officers also are in contact with police in North Carolina, where Russell had several business operations and where most of his family lives, for data gathering and fact finding. However, police have not contacted any federal agencies in the case. DeCarlo said that is not usually done unless there is a federal crime involved or there is a need for extensive laboratory analysis.

Third District Police commander Capt. Drew Tracy also provided a few more details about the night of Aug. 6, when Russell and his daughter were killed.

Tracy said emergency communications officials received a call from Russell's house asking for an ambulance and to hurry. The dispatch clock read 11:30 and 21 seconds.

That call was disconnected, but an alert was sent to police and emergency crews. Tracy said the emergency operator called back and connected at 11:31:31, which is when Russell told the operator his daughter had also been shot.

The call was dispatched at 11:32:00, and the first police car arrived at 11:34:17 accompanied by four other cars. And within 30 seconds, about seven units were on the scene. Two more arrived a minute and a half later. Those officers surrounded the house.

Another group of officers arrived, bringing the total count to 22 officers, detectives and K-9 units. The second wave of responders were sent along the perimeter of the neighborhood.

There was some confusion on the scene once officers arrived, Tracy said. Two officers in front of the house thought they may have heard shots fired, but no other police who had surrounded the house did.

About seven minutes after the first car arrived, a five-officer "active shooter" response team — a protocol adopted after the Columbine high school shooting in 1999 — decided to enter the house.

Ads by Google

**Maryland DUI Lawyer**
"Pleading guilty is the number one all time mistake," Leonard Stamm.
www.lennystamm.com

**Read News in Spanish**
Get all Your News in Spanish! Read News, Sports, Weather in Spanish
www.denverpost.com/alDia

Advertise on this site

- MedSource
- Community Workshops
- Q&A with hospital staff

Top Jobs:

ACCOUNTING A/P Clerk, FT: The Common Market is a na...

*Career Opportunities* CTI Consultants, Inc. (www.cti-consul...

FUEL TECHNICIAN DRIVER

DRIVERS WANTED EXPERIENCED Driver Needed. For local office s...

GREAT FULL-TIME OPPORTUNITIES! Non-Profit Agency has two imm...

COUNSELORS/ INSTRUCTIONAL TECHNICIANS A non-profit agenc...

Internet Administrative/Junior Technician The Gazette, a...

View All Top Jobs Here

One officer kicked in the door and the team entered the house. They found Russell upstairs dying of gunshots, and Smith was dead in an upstairs bedroom. Smith was rushed to an ambulance, and Russell was taken downstairs and medics were called.

Tracy said police are now sure that no one could have left the house once police arrived, and that "unequivocally no" shots were fired once police arrived.

Some television news reports that aired live from the scene appeared to portray gunshots, but those were probably the sounds of the officer kicking in the door, Tracy said. And the noise heard by the two officers in front of the house was likely a chair falling down the inside staircase.

Tracy also said there was still no clear evidence of forced entry into the house, although a first-floor window was open. Police have since discovered that the type of shots Russell and his daughter suffered were from a handgun, but no murder weapon has been discovered, and there is no motive for the crime, investigators said.

Community members said they thought the police presentation helped give a better sense of what was going on, but did not necessarily make them feel more safe.

"It's unfortunate they can't tell us more," said Jill Schorr, 34, but "at least they made the effort. ... I don't feel any safer because they don't know [who committed the crime]. I wouldn't say that I feel unsafe [but] a little scared."

Chuck Dolan, 33, who leads a local civic association, said "I liked what I heard about the relatively low incidence of crime in this beat." However, "I kind of knew that this early in the investigation. ... it would be more of a 'reassure the public'" message.

*The Erika Smith Crime Solvers Fund has been established to provide a reward for information leading to the arrest and indictment for the murder. The fund has raised nearly $10,000. Information about the crime can be called in anonymously to Crime Solvers of Montgomery County at 1-800-673-2777. Contributions can be sent to: Erika Smith Crime Solvers Fund; c/o Finnegan, Henderson, Farabow, Garrett & Dunner, LLP; 1300 I St. NW, Washington, D.C. 20005. Questions about the fund can be directed to Thomas Jenkins at 202-408-4000.*

Copyright © 2005 The Gazette - ALL RIGHTS RESERVED. Privacy Statement