# Gazette.Net

**Maryland Community Newspapers Online**

SEARCH

Advertisers,
Reach even more customers
with your newspaper ad online!
Only $9.95/wk.
(retail ads only)
301-670-2665



Weather Forecast
76°
Partly
cloudy
08:00 PM
EDT

Traffic Reports

CLASSIFIEDS

JobSource
or Quick Job Search    GO ›

AutoSource
or Quick Auto Search    GO ›

HomeSource
or Quick Home Search    GO ›

Place An Ad

Directories
Merchandise
Legal
Apartments
Announcements
Meeting Place
All Categories

MEDSource

**News**
- Montgomery
- Prince George's
- Frederick
- Carroll

**SEARCH**

News by edition | Montgomery | Select One | Frederick | Prince George's | Sports by edition | Carroll | Select One | Business | Politics

Home

Contact Us

**Sports**

**Calendar**

**Entertainment**

**Restaurant Finder**

**Movie Finder**

**Weekend Edition**

**Business**

**Politics**

**Classified**

**JobSource**

**AutoSource**

**HomeSource**

**Births**

**Engagements**

**Weddings**

**Reunions**

**Obituaries**

**Columns**

**Letters**

**Open Forum**

Aug. 21, 2002

**Greg Simmons**
*Staff Writer*

## Surge in neighborhood crime worries area residents

*Community meeting tonight; more officers to be added to district*

Two more shootings last week in Silver Spring neighborhoods added to the already uneasy feeling among residents after a grisly crime two weeks ago that left a father and daughter dead with few clues.

Montgomery County Police will be adding officers to the Silver Spring District, and a community meeting with police to discuss crime will be held 7 p.m. today at Grace Episcopal Church, 1607 Grace Church Road.

Much of that meeting will be devoted to residents' concerns about the spike in neighborhood crime.

In the first of the latest incidents, 3rd District Officer Matthew Dove pulled over a gray 1992 Honda Accord on Piney Branch Road for a traffic violation at about 11:16 p.m. Aug. 13. Police said about 15 minutes later, the officer

DEFENDANT'S
EXHIBIT
6

Editorials
Police Reports
About Us
Advertise
Contact Us
Newsstands
Non-Profits
Related Sites
Partner Sites

Ads by Google

Read News in Spanish
Get all Your News in Spanish! Read News, Sports, Weather in Spanish
www.denverpost.com/alDia

Sick of Pro-Bush News?
Get the latest news that you won't find on TV - just for Democrats
www.jazzpoodle.com

NewsPlus
All the news you need Breaking and Headline News
www.newsplus.info

Advertise on this site

MedSource
Community Workshop
Q&A with hospital staff

Top Jobs

ACCOUNTING A/P
Clerk, FT. The
Common Market is a
ne...

FUEL TECHNICIAN
DRIVER

*Career
Opportunities* CTI
Consultants, Inc.
(www.cti-consul...

GREAT FULL-TIME
OPPORTUNITIES!
Non-Profit Agency has
two Imm...

DRIVERS WANTED
EXPERIENCED Driver
Needed. For local
office 5...

COUNSELORS/
INSTRUCTIONAL
TECHNICIANS A
non-profit agenc...

Internet
Administrative/Junior
Technician The
Gazette, a ...

View All Top Jobs Here

began to be dragged by the car. Fearing for his safety, he fired several shots, striking the driver, Dolson Vijay Edwards, 20, of the 2700 block of Philben Road in Adelphi.

Edward Anthony Martinez, 24, of the 800 block of Kennedy St. NW, Washington, D.C., was also in the car. He was not injured.

According to charging documents, police found marijuana amounting to $150 in street value as well as several small plastic bags of marijuana.

Police charged Edwards and Martinez with possession and intent to distribute marijuana.

Edwards was also wanted on a separate warrant in the county for obstruction of justice. He was treated at a local hospital, released to police and is being held on $50,000 bond. Martinez is being held on $25,000 bond. According to the court documents, Martinez has also been convicted of armed robbery and drug charges.

Dove has been serving as a Montgomery County Police officer since 1997 and was not injured in the incident. He is on routine administrative leave.

Police spokesman Officer Derek Bailies said police will not release any further information about the incident until a grand jury has reviewed the details of the case to decide if any charges should be filed against Dove. Included in the details being withheld are the specifics surrounding how the officer was dragged.

On Aug. 14, a United Parcel Service delivery driver was sorting his packages in the 8600 block of 16th St. At about 10:15 a.m., he was approached by a man who demanded his money and then shot him in the leg.

The assailant was a young black man, 6 feet tall with long hair. He wore a red baseball cap and black clothing.

Bailies said the driver was surprised by the robber and was unable to provide a description detailed enough for a composite sketch, but the shooting/robbery did not appear to follow any other area crime patterns.

Those incidents came just one week after George Gregory Russell, 47, and his daughter Erika Smith, 9, were found by police in Russell's home in Silver Spring suffering from multiple gunshots wounds. Three days later, on Aug. 9, police called the shootings a double homicide, but no warrants have been

issued for suspects, and no motive has yet been identified.

Police have updated the original description of a possible suspect that was given by Russell when police arrived. They are looking for a large black man with bushy, uncombed hair with some gray in it, and a beard.

With three shootings in two weeks, and several other less violent crimes in the area, neighbors are starting to ask if there is enough police presence in the neighborhoods, said Jay Roberts, who lives in the Montgomery Hills section of Silver Spring.

"I think [police] are doing a pretty good job, but I think they're slacking off," he said. "You gotta keep the pressure up."

Roberts, who said he moved from Bethesda to Silver Spring two years ago because of the redevelopment promises, said police may need to reconsider how much manpower is being focused on crime fighting in the downtown area.

"If you're going to do this Silver Spring revitalization, the one thing that'll stop it in its tracks is crime," he said.

Third District Police Commander Capt. Drew Tracy said the entire police district will be getting an infusion of officers beginning this week, a total of 16 officers from other places in the county to boost the district total to 174.

The Central Business District beat will have 36 officers assigned to it. The two beats nearest the business district will have fewer: the beat covering the Long Branch area has 26, and the beat covering Woodside and Montgomery Hills -- which has the fewest calls for service in the 3rd District -- has 20 officers.

The business district has fewer residents, but a higher commitment of officers because of a $3 million county plan to boost the image of public safety in the downtown, Tracy said.

"There's economic reasons: We're extremely visible ... and we have to reduce the fear of crime," he said.

But while there is a heavier commitment to the downtown, Tracy said there are enough police to go around. "I feel much better because I have additional deployment. ... I feel very confident."

But neighbors are a little more edgy, said Marilyn Seitz, who lives in the Woodside Park neighborhood.

"I think there's some people that are a little more paranoid," she said. "I don't leave my front door open any more."

But she also said there can be too much policing. "I don't want it to become a police state [where] we have a policeman on every corner."

*Police are seeking tips on the unsolved crimes. For information regarding the Aug. 6 double homicide, call Montgomery County Police's major crimes division at 240-773-5070. For information regarding the shooting of the UPS driver, call 3rd District investigators at 301-565-5835.*

*Anonymous tips can also be reported to Crime Solvers of Montgomery County at 1-800-673-2777. Crime Solvers is offering up to $1,000 for information leading to the arrest and indictment of anyone involved in either the double homicide or the truck driver shooting.*

Copyright © 2005 The Gazette - ALL RIGHTS RESERVED. Privacy Statement