# Gazette.Net
### Maryland Community Newspapers Online

News by edition: Montgomery | Frederick | Prince George's | Sports by edition: Carroll | Business | Politics

Select One — Home

SEARCH

**News**
- Montgomery
- Prince George's
- Frederick
- Carroll

**Sports**
- Calendar

**Entertainment**
- Restaurant Finder
- Movie Finder
- Weekend Edition

**Business**
**Politics**

- HomeSource
- AutoSource
- JobSource
- Classified

- Births
- Engagements
- Weddings
- Reunions
- Obituaries
- Columns
- Letters
- Open Forum

The Gazette NEWS

**Advertisers,** Reach even more customers with your newspaper ad online! Only $9.95/wk. (retail ads only) 301-670-2665



74° Partly cloudy 08:26 PM EDT

Contact Us

Weather Forecast

CLASSIFIEDS
Traffic Reports

**JobSource** or Quick Job Search — GO

**AutoSource** or Quick Auto Search — GO

**HomeSource** or Quick Home Search — GO

**Place An Ad**
- Directories
- Merchandise
- Legal
- Apartments
- Announcements
- Meeting Place
- All Categories

MEDSource

## Killings plagued Silver Spring area

Dec. 25, 2002

**Greg Simmons**
*Staff Writer*

Some occurred in quiet neighborhoods

Six murders this year in Silver Spring neighborhoods south of the Capital Beltway and another murder just across the District line shook up area residents, particularly in cases where the neighborhoods don't ordinarily see that level of crime.

The rise in area murders, up from four last year, could be attributed to the rise in crime countywide, Montgomery County homicide detective Sgt. Nick DeCarlo said. Even without the six sniper-related killings, the remaining 25 Montgomery County homicides would still be an increase of six over last year.

But some of this year's homicides in Silver Spring inside the Beltway also reached deeper into neighborhoods that were once thought safe.

Last year's four murders below the Beltway all took place in and around Long Branch. However, three murders this year took place in residential neighborhoods away from traditional high-crime





DEFENDANT'S EXHIBIT 7

- Editorials
- Police Reports
- About Us
- Advertise
- Contact Us
- Newsstands
- Non-Profits
- Related Sites
- Partner Sites

spots.

"I think what we're seeing is an intensification of craziness, for one thing, but also the spreading of crime from areas … where it happens a lot to areas where it never happens," said Jim Johnson, who administers a Federal Department of Justice grant in the Long Branch neighborhood of Silver Spring, an area that gets a lot of police scrutiny and participates in special anti-crime initiatives. "And that has been a wake-up call to a lot of people."

At about 8 p.m. Feb. 27, police responded to an emergency call gunshots at the Falkland Chase apartments just off East-West Highway. They found resident Joseph Yosub Shin, 25, dead of gunshot wounds.

Police believe robbery was the motive, but there are no suspects.

Three more murders in August may be linked to a suspect arrested on unrelated charges, police said, but charges have yet to be filed in relation to the homicides.

At 11:30 p.m. Aug. 6, emergency operators received a call from George Gregory Russell, 47, who said he had been shot. When officers arrived on the scene, they found Russell and his daughter, Erika Smith, 9, dying of gunshot wounds in Russell's Montgomery Hills home on Columbia Boulevard.

After studying the response times, and comparing them to the audio tape of the emergency call, police believed no one could have left the home once they arrived at 11:34 p.m. However, the killer managed to leave undetected and left few clues.

Three days later, a tourist from Seattle was shot to death in Washington, D.C., near the Takoma Metro. Katie Lynn Hill, 36, was visiting family in the area.

The killings of Russell, Smith and Hill prompted community response.

Jay Roberts, a Silver Spring resident who lives near the area where Russell and Smith were killed, is concerned with the perceived increase in crime.

Those three murders, Roberts said, were "on the tail of a number of armed robberies … and you're wondering, like, okay, is this some sort of wave breaking?" he asked. In response to the murders in his neighborhood as well as other crimes over the summer, Roberts led the charge to restart his civic association, which he said in turn has put the pressure back on the local police.

Ads by Google — Advertise on this site

Read News in Spanish
Get all Your News in Spanish! Read News, Sports, Weather In Spanish
www.denverpost.com/alDia

Sick of Pro-Bush News?
Get the latest news that you won't find on TV - just for Democrats
www.jazznoodle.com

Breaking News
Scientists say this rare tea may help cure obesity epidemic
www.Wulongforlife.com

NewsPlus
All the news you need Breaking and Headline News
www.newsplus.info

Top Jobs

- MedSource
- Community Workshops
- Q&A with hospital staff

Brooke Grove Retirement Village Looking for a Rewarding post…

ASSISTANT MANAGER

*Career Opportunities* CTI Consultants, Inc. (www.ctl-consul…

Networking & Telecommunications Assistant Manager The Un…

Administrative: Junior Technician for Internet The Gazet…

COUNSELORS/ INSTRUCTIONAL TECHNICIANS A non-profit agenc…

CITY OF TAKOMA PARK Streets and Parks Supervisor Oversees a …

View All Top Jobs Here

"We had a lot of people really start lobbying about police stuff, and I really think [police] increased the presence," Roberts said. He said his neighbors feel there are more patrols and things have quieted down.

Anthony Quentin Kelly, 38, of the District, was arrested Sept. 5 and charged with the March rape of a 61-year-old woman in Silver Spring. Police said he is a suspect in the August murders, but no charges have been filed.

Capt. Drew Tracy, the commander of Montgomery County Police's Third District, assembled the 72-member task force that caught Kelly, which included members from several area police forces. Tracy said Kelly "is a strong suspect in those three homicides."

DeCarlo described the case further, saying it is "still being actively investigated. ... [Kelly] is being looked at in regards to those three homicides, but the investigation is not complete, and we still have a few leads that we want to run down."

DeCarlo, who is in charge of one of the three squads in the major crimes division, said it is important to solve such crimes, because "it had an impact on the community, but it's also a case that is still promising."

Other murders in the Silver Spring area chilled smaller neighborhoods. Some of those occurred in areas that have traditionally seen more crime.

This year's first murder was of Roberto Maya-Castro, 19, who had been shot several times and then left to die at an apartment complex on Hampshire Green Lane. He was found in the early hours of Jan. 31.

In charging documents, police said he had been smoking crack cocaine with several acquaintances, but during a drug deal someone shot him once. Police had charged three people with Maya-Castro's murder, but the state's attorney's office eventually dropped the charges.

Police allege that on May 7, Mark Eugene Gross, 27, killed his grandmother, Bessie Mae Willis, 83, who lived at the Manchester Manor Apartments on Manchester Road. Gross had been in court just days before because his family had filed court orders to keep him away from Willis' apartment building. A judge was forced to release Gross because of a procedural problem.

Willis' family members called police when they hadn't heard from her, and police found Gross in her apartment. He was arrested and charged, and a competency hearing is pending.

An early morning knife fight May 25 on Carroll Avenue in Silver Spring ended in the death of Robert Lamont Wiley, 25, of no fixed address. Police said around 3 a.m. in the New Hampshire Estates neighborhood, a fight between at least two groups of people broke out and a larger group was watching the fight. Wiley died of multiple stab wounds.

DeCarlo, who handled that case, said there was no evidence of gang or drug involvement.

A warrant was issued for one suspect, Tomas D. Zavala-Castillo, said Capt. Bernard Forsythe, major crimes division director. Police said Zavala-Castillo fled shortly after the murder took place, before the warrant was issued. He has not been found.

Johnson, the neighborhood activist in Long Branch, said police need more resources for tackling crime.

For instance, he said the local district police have reinstated two coordinators to fight gangs, and several other officers were hired to serve in downtown Silver Spring this year.

"But the fact of the matter is our law enforcement needs help, and we also need for the citizens to take this seriously," Johnson said.

Even though 31 murders countywide is a stark increase over last year's murder rate, "We still have a relatively safe community," Forsythe said.

In the Silver Spring area murders, murders were "unfortunately typical of the cross-section of the type of crime ... across our county," he said. "What we want is everybody living well and no crime. It just doesn't work out that way."

Copyright © 2005 The Gazette - ALL RIGHTS RESERVED. Privacy Statement