**The Washington Post**

# METRO

**B**

Maryland & D.C. Edition

THURSDAY, SEPTEMBER 5, 2002

## Truck Driver Asleep Before Crash, Police Say

### Vehicle Slammed Into Car Carrying Two Fairfax Youths, Killing Them

*By Maria Glod and Liz Seymour*
*Washington Post Staff Writers*

A construction worker was asleep at the wheel when his dump truck plowed into a car stopped at a red light Tuesday afternoon, causing a crash that killed two teenage friends who had just finished the first day of classes at Oakton High School, Fairfax County police said.

Dwayne Mongold, 34, who had been laying cable with a crew in the District, was finishing the workday when his truck slammed into a white Nissan carrying Jacob Wilens and David Chu, 16-year-olds who were accomplished musicians, honor students and avid swimmers who had met on the school's swim team.

Yesterday, police charged Mongold with reckless driving, which carries a maximum sentence of a year in prison, as family and friends of the teenagers mourned the loss of two promising lives.

At Oakton, the exciting start of the school year turned somber as students met with grief counselors, and school officials dedicated the daily moment of silence to Wilens and Chu. Classmates talked about a memorial, perhaps planting a tree or putting up a bench, and students from other schools sent flowers and condolences.

Jacob's father, David Wilens, went to the Chu home so the families could pray together, he said. The two fathers embraced, sharing the grief and shock that their sons had been killed.

David "didn't smoke. He didn't do drugs. He didn't hang out with those kids," said David's father, Irwin Chu. "He did what you wanted him to do. He enjoyed life and played it straight."

Jane Chu, David's mother, wondered aloud whether she could have protected her

See CRASH, B8, Col. 1



David Chu, left, and Jacob Wilens, both 16-year-old students at Oakton High School, were stopped at a red light Tuesday when a dump truck hit the Nissan they were in.

---

MARC FISHER

### A Campaign That Could Use Some Empathy

Scenes from incursions by the mayor and the minister upon each other's turf in the divided city:

Tony Williams—surrounded by an entourage of 18 staffers, security men, campaign workers, PR people and reporters—manages to walk alone through the scruffy streets of the Northeast neighborhood of Trinidad, checking out the sky, studying the architecture, flipping open his two-way pager to tap out messages to his transportation chief about a fallen tree that's blocking the sidewalk. Repeatedly, campaign workers have to nudge him to respond to citizens calling out from cars and rowhouses.

In his first six conversations with voters, Williams doesn't ask a single one of them for a name. He comes alive only when he stops suddenly mid-block to call out to those walking with him, "Watch out! Watch out, everybody! Poop alert!"

"Good eye, Mayor!" says campaign volunteer Wilhelmina Lawson.

"I've stepped in enough of it this summer," Williams quips.

Lawson has volunteered to press her neighbors to see the mayor's upside. She sees it every day: "When I moved here 11 years ago, I felt like I had moved into the devil's bowels. But I loved the house and the people. Now, because of the mayor, we were able to turn a drug den into a day-care center. They sold liquor here after hours, there was prostitution, you couldn't sleep at night from all the noise. But I went to the mayor and pitched him on putting some money into this day care. He said he would do it if he could find the money, and now there are 131 children who are off the streets."

Many of those children have been assembled on the corner to greet their mayor. Williams strolls over, waves. "Say hi to the kids," a campaign worker murmurs. "Hi, kids," the mayor says.

Lawson, like many of the mayor's supporters, cannot figure out why Williams, so smart and so thoughtful, hasn't reached out to black Washingtonians to show that he is the champion not only of gentrification and downtown development, but also of neighborhoods. All through the

See FISHER, B7, Col. 4

---



Maryland Department of Natural Resources biologists dump fish poison into the Crofton pond sheltering the invasive snakeheads.

## Snakeheads Slipped a Fatal Dose

### Potent Toxin Nets Scores of the Alien Species

*By Anita Huslin*
*Washington Post Staff Writer*

At daybreak yesterday, Maryland biologists unleashed their ultimate weapon against the strange, toothy Asian snakehead that has turned the international spotlight on a small, overgrown pond in Crofton and provided a textbook case of the dangers of alien species.

As a pair of biologists navigated a flat-bottomed boat through the shallows, focusing a stream of milky poison into the pond, the acrid scent of chemicals wafted across the water.

Fish almost immediately began to move away from the toxins, rippling and splashing the water. In the laboratory, fish exposed to the poison react within two minutes. At the pond, with cameras and reporters focused on them, biologists exhaled when distressed fish began surfacing to gulp air.

"It's a neat chemical," said Steve Early, the man in charge of the operation for the Maryland Department of Natural Resources. "It's intended to work in highly organic ponds with resistant species. It's doing exactly what we expected."

The poison, rotenone, is derived from the leaves and roots of trees and is used by some South American cultures to harvest

See SNAKEHEADS, B5, Col. 1

The latest poisoning campaign, in addition to killing the alien northern snakeheads, destroys fish that are native to the pond.

---

## United Way Fires Fifth Key Official In a Year

### Marketing Director Out After Suggesting Probe

*By Peter Whoriskey and Jacqueline L. Salmon*
*Washington Post Staff Writers*

Executives of the United Way of the National Capital Area have fired the group's marketing director, raising to five the number of people who have been ousted from key positions with the charity in the last 15 months after raising questions about its operations.

The group's marketing director and spokesman, Tony DeCristofaro, received an e-mail termination letter from management last Thursday, two days after The Washington Post began asking questions about a memo he wrote in May proposing a complete accounting investigation of the organization "to see if any funds were misspent."

The investigation recommended in his memo, which was obtained by The Post through a third party, was rejected by United Way chief Norman O. Taylor.

"Clearly, there's a connection," DeCristofaro said yesterday. "As far back as the middle of July, when I had been ... pursuing some internal information about the pension [paid to former chief executive Oral Suer], several people said they had a problem with trying to discover whether anything inappropriate happened."

DEFENDANT'S EXHIBIT 8

---

## A Stubborn Determination to Ascend

### After Years as Fire Chief, County Council Member, Estepp Sees His Moment

*By Amy Argetsinger*
*Washington Post Staff Writer*

In the clubby fraternity that was the International Association of Fire CAMPAIGN

Jim Estepp was not one to wait. No matter that a midwestern chief was expected to be anointed at the annual convention that year, in deference to the host city of St. Louis. The ambitious son of a railroad tons, phone banks, a fleet of supporters—he even contrived to get "Vote for Jim Estepp" on the marquee.

"All we did was ask the hotel to put it up, and they did," Estepp said as a straight-arrow, student-govern-forces—are being put to work in his fierce campaign for Prince George's county executive.

It's a job he seems to have spent his life preparing for, from his days



# Man Said to Have Made Threats Arrested in NW

### 16 Guns Found; Secret Service Issued Alert

*By David A. Fahrenthold*
*Washington Post Staff Writer*

A New Hampshire man who had been the subject of a Secret Service alert for allegedly making threats against government officials was apprehended yesterday in Adams Morgan with 16 guns in his car, authorities said.

A D.C. police official identified the man as Jeffrey Cloutier, 35, of Newport, N.H. Authorities said Cloutier was stopped by a uniformed Secret Service officer and D.C. police near 17th and Euclid streets NW about 12:30 p.m. and surrendered.

A search of Cloutier's rented car yielded six pistols and 10 rifles, as well as ammunition, law enforcement officials said. It was unclear whether any of the guns were loaded or whether the ammunition matched the weapons in the car.

D.C. Police Chief Charles H. Ramsey said that Cloutier was reported to have said before leaving New Hampshire that he was "headed to Washington to straighten out the president."

A spokesman for the U.S. attorney's office said Cloutier had not yet been arraigned on any charges. A woman was also in the car, according to D.C. police. Law enforcement officials contacted yesterday said they did not know whether she had been arrested.

Ramsey said that the woman told officers that she and Cloutier had been married a week before, and that they were trying to get a "fresh start" in life.

Earlier in the day, the Secret Service had put out an alert, notifying law enforcement agencies to be on the lookout for Cloutier. According to one source familiar with the alert, it said Newport police had reported that Cloutier had made "indirect threats against government officials" before leaving town Sunday. The alert said Cloutier might be on his way to Washington, the source said.

Newport Police Chief David Hoyt confirmed that his department had passed information about Cloutier to the Secret Service on Tuesday, but he declined to say what caused it to do so.



Secret Service investigators remove items from Jeffrey Cloutier's rental car, stopped near 17th and Euclid streets NW.

# Ballistic Tests Link Slayings in Silver Spring, Takoma

### Police Say Same Gun Used to Kill Father and Daughter in Their Home, Seattle Woman 3 Days Later

*By David A. Fahrenthold and Allan Lengel*
*Washington Post Staff Writers*

Ballistic tests show that the handgun used to kill a man and his young daughter in his Montgomery County home last month also was used three days later in the fatal shooting of a Seattle woman in the District's Takoma neighborhood, law enforcement sources said yesterday.

By analyzing ballistic evidence, the sources said, authorities have determined that the same .32-caliber handgun was used in both crimes—which occurred late at night about three miles apart.

No arrest has been made in either case, although D.C. police have identified a man they want to question about the Takoma killing.

Sgt. Joe Gentile, a D.C. police spokesman, declined to talk about a possible link between the cases, saying the department does not discuss "evidentiary or investigatory" matters while an investigation is underway.

Montgomery police investigators also refused to discuss any evidence gathered, saying publicity could cause the killer to discard incriminating items.

"For us to talk about the evidence... could contribute to that evidence disappearing," said spokesman Derek Baliles. He said detectives are sharing information with D.C. investigators because, "We take a look at anything similar in the area and in the same time frame."

The possibility of a weapon's match was first reported Tuesday night by some area television stations.

The first slayings occurred about 11:30 p.m. Aug. 6 when Montgomery police got a 911 call from the Silver Spring home of George G. Russell. The caller hung up, police said, and when a dispatcher called back, Russell answered the phone, screaming about a shooting.

Police surrounded Russell's home in the 9300 block of Columbia Boulevard, then stormed the house after hearing a loud noise. They found Russell, 47, dying of gunshot wounds; his daughter, Erika Smith, 9, was dead.

Before dying, Russell told emergency workers that the killer was a black male with long, unkempt hair and a beard, police have said. Investigators have said that there was no sign of forced entry at Russell's home but have declined to say whether anything was taken.

Family and friends of Russell and his daughter held a candlelight vigil Tuesday at the home. The reward for information leading to an arrest in the killings is now more than $45,000.

In the second case, Katie Lynn Hill, 36, was found shot to death Aug. 9 about 11:50 p.m. on the grounds of an elementary school in the 6900 block of Piney Branch Road NW. Police believe that Hill, a Seattle lawyer who was in town for a convention of pen collectors, was robbed and killed as she walked from the Takoma Metro station to a relative's home.

Last week, D.C. Council member Adrian M. Fenty (D-Ward 4) sent an e-mail to the community with a photo of Anthony Q. Kelly, 38, who police sources confirmed was someone they want to question in the Hill slaying. A police source said that at least one item belonging to Hill had been found in a Georgia Avenue apartment used by Kelly.

Kelly is wanted for theft in Prince George's County, where he was charged Aug. 5, the county sheriff's office said.

Last Friday, the day a story appeared identifying Kelly as someone police wanted to question, a man claiming to be Kelly called The Washington Post and said that he had not been involved in Hill's death. He said police found a camera in his apartment that he purchased from a man at a gas station for $25.

The man claiming to be Kelly said he made money by buying such items "hot" and then pawning them. He said he did not know the man who sold him the camera.

"I don't got the heart to kill nobody. It's not in me," the caller said. "I can't see myself to kill somebody for their camera."

Police later said that the man appeared to have details of the investigation that only Kelly or someone familiar with the case would know. Authorities are still looking for Kelly.

*Staff writer Phuong Ly contributed to this report.*



FREE IN-HOME ESTIMATES on all installed products!

DECK & FENCE SALE! Order by September 14th & Receive 15% OFF* LONG DECKS
Relax and Enjoy!

Order by September 14th & Receive 15% OFF* LONG FENCE
Beautify Your Yard!

1-888-460-LONG (5664)  www.longfence.com
Great Financing Options Available!** 4 Convenient Locations to Serve You!
by LONG FENCE — EXCELLENCE SINCE 1945