# The Washington Post
# METRO

*Maryland & D.C. Edition*

SATURDAY, SEPTEMBER 7, 2002



Mike Rosario of Ashburn paints some trim in a room of his neighbors' house for the cable TV show "Trading Spaces." The episode is to air Oct. 25.

## Designing Neighbors
### Ashburn Couples Trade Makeovers For Popular Redecorating Show

By ROSALIND S. HELDERMAN
*Washington Post Staff Writer*

Ashburn, the two women standing on Gentle Heights Court agreed, is a "Trading Spaces" kind of place.

"We're very into decorating here. We're very into our houses. We're very into what people think about our houses," Karey Coatney said as she stood on the sidewalk with a friend this week.

The two women, both 30, both toting a camera in one hand and a slumbering baby in the other, had tiptoed up the cul-de-sac before being shooed away by cameramen or carpenters. Like others in the neighborhood, Coatney and Carrie Whalen were caught up in the rumor that swept through the Broadlands subdivision this week: "Trading Spaces" had come to Loudoun County.

For those unfamiliar with the popular cable television show, "Trading Spaces" follows two neighboring couples as they unleash their creativity on each other's house, redecorating one room. Each has $1,000 to spend and 48 hours in which to work magic.

When the producers of the Learning Channel show decided to make a swing through the Washington area, Rachel and Brad Johnson and Mike and Charese Rosario, couples who live one house apart on the two-year-old cul-de-sac, were among the chosen. Design-eyed film crews set up shop in their homes Wednesday, and it wasn't long before curious neighbors began setting up their own shop on the sidewalk outside.

Mike Rosario, a pilot for United Air Lines,



Paige Davis is host of the Learning Channel show, which will also be taping in Arlington County and Northeast Washington.

*See TRADING, B5, Col. 1*

## United Way Seeks Trust of Donors
### Board Outlines Methods to Cut Overhead But Is Encouraged to Expand Reforms

By PETER WHORISKEY
and JACQUELINE L. SALMON
*Washington Post Staff Writers*

Local United Way leaders launched a campaign yesterday to advertise the extensive changes they intend to make at the organization, touting reforms to ensure that more money goes to serve the needy and trying to revive donor confidence in the charity.

At a news conference yesterday in the District at the Calvary Bilingual Multicultural Learning Center, which receives United Way aid, the charity's leadership assured donors that new standards of accountability will be imposed and that less will be spent on United Way salaries, rent and other operating expenses.

The group's board of directors "has gone through an astonishing transformation," said Peter Nostrand, president of SunTrust Bank in the Washington area and a United Way board member. "This board is engaged. This board is knowledgeable."

The United Way of the National Capital Area is trying to emerge from a year in which it has been forced to acknowledge a range of questionable accounting practices—from allowing an unauthorized pension payment for a former chief executive to withholding more than $1 million collected on behalf of charities.

The organization announced major changes Thursday, accepting the resignation of embattled chief executive Norman O. Taylor and adopting the full slate of recommendations a special ethics

*See CHARITY, B5, Col. 5*

## Townsend Response To Probe Is Nuanced
### Is U.S. Inquiry Political? She Hopes Not

By CRAIG WHITLOCK
and LORI MONTGOMERY
*Washington Post Staff Writers*

Lt. Gov. Kathleen Kennedy Townsend (D) said yesterday that she welcomed a federal civil rights investigation into conditions in Maryland's juvenile detention centers but also questioned whether the probe was politically motivated.

"I said hope not," Townsend said when asked by reporters whether the Republican-run U.S. Department of Justice had launched the investigation to embarrass her gubernatorial campaign. "But that's an interesting question. You'll have to ask why they did it."

Townsend, who serves as the state's crime czar, and her aides pointed to a letter sent to the Justice Department in March by the Maryland House Republican Caucus, which formally requested a civil rights investigation into the state's juvenile detention centers. This week, federal authorities notified the state Department of Juvenile Justice that it would open a probe.

"How interesting," Townsend said when reporters asked her about the Republican letter at a news conference in Baltimore. "Why don't you pursue that?"

Casey Stavropoulos, a Justice Department spokeswoman, confirmed the existence of the investigation and said it centers on the Charles H. Hickey Jr. School in Baltimore County and the Cheltenham Detention Center in Prince George's County. She said the probe was opened in response to numerous

*See JUVENILE, B4, Col. 1*

## D.C. Parolee Questioned In Slayings
### Suspect Accused of Rape After Release in March

By PHUONG LY
and DAVID A. FAHRENTHOLD
*Washington Post Staff Writers*

A parolee from the District, accused of raping a woman after he was released from a halfway house in March, was arrested late Thursday and was being questioned about the recent slayings of a tourist in Washington and a Silver Spring father and his young daughter, authorities said yesterday.

Police in the District and Montgomery and Prince George's counties had been searching for several weeks for Anthony Q. Kelly, 38, who was transferred from prison to a halfway house in December, and later paroled, after serving about six years for assault and auto theft in the District. He was arrested Thursday without incident in College Park and charged with raping and pistol-whipping a 61-year-old Silver Spring woman in March, police said.

They also said Kelly was being questioned yesterday about three homicides. One of the victims, Katie Lynn Hill, 36, a Seattle lawyer who was visiting Washington for a convention of pen collectors, was shot to death Aug. 9 in an apparent street robbery in the city's Takoma section. The other victims, George Gregory Russell, 47, and his 8-year-old daughter, Erika Smith, were fatally shot Aug. 6 in Russell's Silver Spring home.

Investigators believe the same handgun was used in the three killings, and a District police source has said that at least one item belonging to Hill was found in an apartment used by Kelly. Kelly, whose address was list-

*See KELLY, B2, Col. 5*



**METRO Saturday**

**RELIGION**
**Remembering 9/11**
Hundreds of services, many of them interfaith, are planned for Wednesday to mark the first anniversary of Sept. 11 and to honor those lost.
*Page B9*

**THE DISTRICT**
**Latino Outreach**
D.C. police opened a Latino Liaison Unit, staffed with officers bilingual in Spanish and English, in the city's original Latino neighborhood, Adams Morgan.
*Page B3*

**MARYLAND**
**Snakehead Scare**
A snakehead was found in Baltimore's Inner Harbor, but it's of a variety commonly sold for aquariums—and a good fish tale for the crabber who found it.
*Page B3*

## Riddick's Expected Asset Fizzles Out
### Despite Long Working Relationship, Governor's Support Has Been Lukewarm

By EUGENE L. MEYER
*Washington Post Staff Writer*

The governor had asked Major F. Riddick Jr. to lunch, but this time it wasn't about work.

"Leave your folders at the office," Riddick was told. The subject that afternoon was politics.

Meeting at Gertrude's restaurant at the Baltimore Museum of Art, Riddick recalled Gov. Parris N. Glendening telling him, "People feel you should consider running for county executive because of your experience and leadership."

Riddick said he laughed at the idea—at least at first. "I said, 'The private sector looks good.' He said, 'You ought to consider it.'"

Thus began a candidacy that rested in no small part on Riddick's assumption that the two-term governor with whom he had worked so closely for so long, rising to be his chief of staff in Annapolis, would be publicly in his corner as he ran for Prince George's county executive.

Glendening (D) hadn't actually used the words "endorse," or "support," or "help," Riddick recalls, but that was the message he thought he heard. "He was a great friend," Riddick said. "I felt if I needed him to step up to the plate, he would."

Yet, inexplicably to many, the governor



Major F. Riddick Jr. has complained his opponents have, including Wayne K. Curry.

has not signed on with his former deputy. Insiders thought the governor would put all his power and might behind the Riddick campaign, said Senate President Thomas

*See RIDDICK, B2, Col. 2*

## Oh So Briefly the Candidate to Beat
### Challenger Moore Sees Fortunes Rise and Fall With Mayor's Troubles

By YOLANDA WOODLEE
*Washington Post Staff Writer*

In the beginning, Douglas E. Moore likened his campaign against Mayor Anthony A. Williams to the biblical story of David and Goliath, in which the shepherd boy slays the giant with a slingshot.

"I saw that no one was taking on the mayor, and I said, 'This is incredible,'" the pastor and former at-large council member recalled of his decision in late May. "And it was all because of his $1.4-million [campaign fund]. Everybody else was scared."

Things looked even better for Moore when the D.C. Board of Elections and Ethics kicked Williams off the ballot because of



Former council member Douglas E. Moore leads Williams and calls Wilson a spoiler.

rampant forgeries on his nominating petitions. Moore had qualified for the ballot, and none of the three other candidates who made the cut had won a citywide office.

But his front-runner status was short-lived. Enter Willie F. Wilson, the well-known pastor of 7,000-member Union Temple Baptist Church in Anacostia. Suddenly, the contest was between two states whose names weren't on the ballot. Williams was running as a write-in. Wilson was waging aggressive

"If Wilson hadn't got in,

*See MOORE, B4, Col. 3*

DEFENDANT'S EXHIBIT 9

## CRIME & JUSTICE

### MARYLAND

**Slaying victim identified:** Montgomery County police have identified a 22-year-old Damascus man who was shot and killed as he walked through a Gaithersburg parking lot Thursday afternoon with a group of people. Tylandis Cortez was shot several times by two men who came up behind him in the 700 block of Clopper Road about 5 p.m., police said. Witnesses told police that the men fled in a red Honda Accord driven by a young woman.

### THE DISTRICT

**Ex-GU worker wins case:** A U.S. District Court jury awarded former Georgetown University employee Monica Estes $1.09 million in back pay and compensatory and punitive damages Thursday after she sued the university and Earnest Porta, its acting vice president and treasurer, for firing her in retaliation for complaining about a sexually hostile work environment, according to Estes's attorney.

Estes became the university's cash manager in January 1993. She alleged that Porta, who became her boss in June 1995, "created and maintained an environment rife with sexual comments and innuendo, vulgarity and other actions degrading to women," according to Debra Katz, Estes's attorney. Estes was fired in December 1996 after complaining to school officials. University spokeswoman Julie Green Bataille said the "the university is disappointed and surprised" by the verdict. She said Porta is still employed at the university and lawyers are considering appealing.

*Compiled from reports by staff writers.*

## Voters Guide Photos

Several candidates' photos were left out of the Sept. 5 Maryland Voters Guides. Their names, party affiliations and races are: Robert Lubitz, Democrat, House of Delegates, District 4B; Charlie K. Baker, Republican, Frederick County Commissioner; Michael Collins, Republican, House of Delegates, District 30; Tommy Le, Montgomery County Board of Education at-large seat; Derrick Leon Davis, Democrat, Prince George's County Council, District 6; James W. Gilchrist, Democrat, House of Delegates, District 17; Jim Goldberg, Republican, House of Delegates, District 14; Mike Knapp, Democrat, Montgomery County Council, District 2; David Alan Tibbetts, Republican, House of Delegates, District 32; and Harold H. Huggins, Democrat, House of Delegates, District 14.


ROBERT LUBITZ


CHARLIE K. BAKER

MICHAEL COLLINS


TOMMY LE

DERRICK LEON DAVIS


JAMES W. GILCHRIST

JIM GOLDBERG


MIKE KNAPP


DAVID ALAN TIBBETTS

HAROLD H. HUGGINS

## Parolee Questioned In Slayings

**KELLY,** From B1

ed in the 6600 block of Georgia Avenue NW, has not been charged in the slayings, which are still being investigated. Police are still waiting for the results of DNA and other scientific tests from the homicide scenes, a law enforcement source said.

When Montgomery detectives arrested him Thursday, Kelly was unarmed, a police spokeswoman said. About 30 county detectives had been assigned since last week to search for Kelly, who eluded Takoma Park police during a chase last month.

"They wanted to locate him and get him off the street," said Montgomery County police spokeswoman Joyce Utter. "He was considered armed and dangerous."

Kelly, who was paroled from the halfway house in March, was supposed to be living with his mother in the 4300 block of South Capitol Terrace SW, according to the D.C. Court Services and Offender Supervision Agency, which was monitoring his parole.

Since his release, Kelly has been accused of several crimes in Maryland and the District, in addition to the rape.

In June, Prince George's police charged him with stealing a car and assaulting an officer. He was released on bond to await a trial. At that time, the D.C. parole agency asked the U.S. Parole Commission to issue a warrant for Kelly's arrest. The federal parole commission, which oversees the D.C. agency, declined, according to Robert J. Murphy, a spokesman for the agency. The commission said it wanted to wait for the outcome of the Prince George's case.

On Aug. 30, Takoma Park police chased Kelly after allegedly seeing him get into a car with stolen license plates, according to department spokeswoman Carol Bannerman. After the fleeing car crashed and the suspect escaped on foot, police found two stolen handguns in the vehicle, Bannerman said.

By that time, the D.C. parole agency had requested for a second time that the U.S. Parole Commission approve a warrant for Kelly's arrest, Murphy said. Kelly had missed two scheduled drug tests, Murphy said. This second request for a warrant was approved, Murphy said.

D.C. Council member Adrian M. Fenty (D-Ward 4), who represents the Takoma area, said yesterday that he was frustrated that Kelly was able to avoid police for so long.

Kelly's alleged crimes are "flesh on the bones of what my constituents have been expressing frustration about all the time," Fenty said. "They feel that the judicial system is not doing enough to improve the quality of life in their neighborhoods."

The parole system, he said, could "have put somebody off the streets that did not deserve to be there."

But Murphy, the parole spokesman, defended the actions of the parole agency, saying it had done the right thing by twice requesting that the commission issue warrants for Kelly's arrest.

*Staff writer Ruben Castaneda contributed to this report.*

## THE LOTTERIES

September 6

**DISTRICT**
| | |
|---|---|
| Mid-Day Lucky Numbers: | 2-2-7 |
| Mid-Day D.C. 4: | 8-9-2-5 |
| Lucky Numbers: | 1-2-9 |
| D.C. 4: | 1-5-5-2 |
| Quick Cash: | 3-15-18-28-31-36 |
| Hot Five: | 5-12-25-30-32 |

**MARYLAND**
| | |
|---|---|
| Day/Pick-3: | 8-3-6 |
| Pick-4: | 7-2-2-0 |
| Night/Pick-3: | 4-5-7 |
| Pick-4: | 9-8-0-8 |
| Bonus Match 5: | 15-19-35-36-37 22 |
| Cash: | 6-12-13-17-24-28-31 |

**VIRGINIA**
| | |
|---|---|
| Day/Pick-3: | 7-1-6 |
| Pick-4: | 9-5-4-2 |
| Cash-5 (fri.): | 2-16-22-24-32 |
| Night/Pick-3: | 3-2-5 |
| Pick-4: | 9-6-2-7 |
| Cash-5 (Thurs.): | 4-15-20-24-29 |
| Cash-5 (Fri.): | 2-24-28-30-31 |

**MULTI-STATE GAMES**
| | |
|---|---|
| Mega Millions: | 31-39-42-49-51 35 |

A Silver, Gold or

## Riddick, Nudged By Governor to Run, Now Stands Alone

**RIDDICK,** From B1

V. Mike Miller Jr. "Obviously that hasn't happened."

Just as inexplicably, Glendening said through a spokesman he has "no recollection of this conversation" or the lunch that Riddick said was such a key factor in his decision to run.

And so, Riddick, whose Maryland career has almost entirely been hitched to Glendening's, has been left to navigate the rough and tumble of Prince George's politics by himself.

Once the favorite to succeed County Executive Wayne K. Curry (D), he is now an underdog in Tuesday's five-way Democratic primary.

A longtime bureaucrat accustomed to operating behind the scenes, Riddick now seeks approval on the public stage. An exacting executive who once controlled a $22 billion state government, Riddick finds himself in an election free-for-all, with the outcome in the hands of voters who have yet to focus on the race.

"You need," Riddick said, "to adapt and roll forward."

### A Lifetime of Firsts

Riddick, 51, was an achiever from a young age: high school student president in Chesapeake, Va.; first in his family to go to college; president of a black men's social group at Norfolk Tech—his last elected office.

"I was Mr. Congeniality," he said. While teaching sociology at Norfolk State, Riddick met his future wife. Riddick landed a government job in Pennsylvania. A career move for Manervia brought them to the Washington area. Riddick went to work for Prince George's in 1978, the county's first black budget analyst, and quickly impressed his bosses.

Said Robert O. Duncan, who hired Riddick. "The guy had probably more energy than any other two people I knew."

Glendening, then a member of the Prince George's County Council, first came to know Riddick as the staffer on housing.

"He was hard to understand, he talked so fast," he said.

But the two men did come to understand each other, and Riddick's rise accelerated after Glendening became county executive in 1982.

"They were able to relate on the wonk level," said a former Glendening aide. "Both of them were very interested in budget matters, in understanding what drives the engine of government."

Riddick ran the housing department and later the new housing and community development department. He restructured the county bond financing program, was named budget director and, in 1990, became the county's first black chief administrative officer.

"Over the years, Parris just came to rely on him more and more as a go-to guy on budget matters," said the former Glendening aide. "That expanded as [Riddick became] somebody he could go to get whatever he needed to be done, done. Major was always a good soldier in terms of carrying out any assignment he was given. But Major was napolis did not start smoothly. Glendening's narrow victory survived a court challenge from Republican candidate Ellen Sauerbrey, but controversies then erupted over actions Glendening and Riddick had taken in Prince George's.

First, Curry, who had succeeded Glendening in Prince George's, announced that the county was running a $108 million deficit. Furious, he blamed Glendening and Riddick. Riddick said the deficit merely reflected deferred employee contracts and benefits coming due.

Then there were disclosures that Riddick and other top employees who left county government were getting supplemental pensions and hefty payouts for unused sick leave and vacation time.

"Nobody understands it was put in place for 1,300 or 1,500 career employees with 15 or more years in," Riddick said.

When it was enacted, Riddick tious, he is aggressive, and he is a strong leader," said Peter Hamm, Glendening's 1998 campaign spokesman. "You could possibly exchange strong leader for someone who likes to consolidate all possible power."

Riddick, Hamm added, "elicited both respect and the proper level of fear among the staff. Some thought he was occasionally arbitrary and stubborn, but, you know, the bottom line is the governor's office ran pretty well."

### Behind-the-Scenes Man

Riddick seldom played a public role in the Glendening administration, except to testify before the General Assembly on such matters as technology and the executive department's budget. He is also credited with helping to increase the amount of business going to minority-owned firms from 14 to 25 percent of state contracts.

And Miller said Riddick main on the state payroll as tech guru at the same pay until he officially announced in September.

A month later, he went to work for a financial firm headed by Maryland Board of Regents Chairman Nathan Chapman that manages part of the state pension fund. In June, after the pension fund tanked and Chapman's firm came under SEC scrutiny, Riddick resigned.

"I left because I felt I didn't need the distractions, and people were trying to link his other problems to me," Riddick said.

### Glendening's Praise

The primary campaign has included Sunday church visits, chats with voters at Metro stops and numerous appearances with his four challengers. Everywhere, he talks about his extensive government experience, problems with crime, schools and companies choosing to locate elsewhere. Early in the sum-


Former co-workers in Annapolis call Major F. Riddick Jr. smart, aggressive and a strong leader.