Case 1:06-cv-00633-RBW    Document 16-11    Filed 11/15/2006    Page 1 of 2

# The Washington Post
# METRO

**B**

Federal Diary
Obituaries
Weather

TUESDAY, SEPTEMBER 10, 2002

DM · VA · M2

**MARC FISHER**

## The Rhetoric Of Wartime— Not the Sacrifice

The children can find Afghanistan on a map, and Iraq and Saudi Arabia. Security checkpoints at airports and museums provoke questions about who might be a terrorist and whether the guards might shoot us by mistake. My daughter, in sixth grade, has taken an interest in the paper's reports from places such as Pakistan and Iran.

But otherwise, it is hard to detect in my children or their friends any notion that we are at war.

A year after we were told we were embarking on a long and different war, life is, as ever, what it is. There are no signs of sacrifice. Hardly any talk of an enemy. Little change in daily rhythms, just some airport inconvenience. Gas is cheaper, and plentiful.

We have incorporated uncertainty about the future into our lives. The news tells us that fewer Americans make travel plans or buy theater tickets. We're waiting to see what happens. We're not too eager to find out. Hardly any books about the war or the enemy have been bestsellers. There's been no big movie or TV show about any of it. We're back in our fantasy world. If we worry, it's about our jobs and stocks.

How strange is this distance we've created from events that a year ago were said to have "changed everything"?

Let's go back to a time when the president took to the airwaves to instruct Americans to buy maps of the places where we'd be fighting—and within hours, stocks of maps vanished from stores. The president told us we were fighting "a new kind of war," one that might take us to "every continent, every island." A historian wrote that that president understood "American strength: how to mobilize it, how to draw on it, how to gauge its limits." Franklin D. Roosevelt knew that "it did not need to be driven; it needed only to be steered."

That time, that president and his comforting and stirring fireside chats, are part of a distant past. During World War II, my parents were the same age as my children are now. My parents recall vividly the war's intrusion on—and sway over—their lives: Air raid drills at school, yellow ID tags that children wore, stars in neighbors' windows signifying that someone was away at war. My dad and his friends played street games—Captain America vs. Captain Nazi. Flower pots on the porch became steering wheels of American fighter planes. At the movies, good bested evil, though it was often a close call. At home, fantasy melted into a reality both grim and uniting; families strategized over ration books, collected "silver foil" and other staples for the war.

Our flag waving, in contrast, lasted a few months. There was talk of Hollywood gearing up to support the nation; nothing came of it. The very concept of an enemy makes us squirm. Our movies still cling to the Germans and Russians as enemies, painting today's bad guys as they are offends the political sensitivities of our moviemakers. There is no propaganda now. Perhaps that shows how much more sophisticated we've grown. Simple contrasts strike us as primitive. Or do we flatter ourselves?

My son and his friends, entering first grade, do not play with soldiers. In the schools, the time for collecting donations passed with the realization

## Write-Ins, Shoo-Ins: Primary Has It All

### D.C., Maryland Races Offer Plenty of Drama

By CRAIG TIMBERG and JO BECKER
Washington Post Staff Writers

Washington area voters go to the polls today, with Marylanders picking party nominees for Congress and county executive, and D.C. voters deciding among candidates for mayor, including three major contenders whose names won't be on the ballot.

**CAMPAIGN 2002**

Elections officials expect hundreds of thousands to turn out for the primaries, which will determine the Republican and Democratic candidates for the Nov. 5 general election. New voting machines also will debut in both the city and Maryland suburbs.

Maryland has hotly contested races in Prince George's County, where voters will select among five Democrats and two Republicans vying for county executive, and in the 8th Congressional District, where four Democrats are battling for the chance to challenge veteran Republican Rep. Constance A. Morella. All 188 seats in the Maryland General Assembly are on the ballot, as are seats on the Montgomery and Prince George's county councils and the D.C. Council.

But it is the District's mayoral race that the historians are waiting on, as incumbent Mayor Anthony A. Williams (D) wages a write-in campaign for reelection. In addition to four rivals on the Democratic ballot is a second write-in candidate, Anacostia minister Willie F. Wilson.

To add to the drama, D.C. Republicans

See PRIMARY, B4, Col. 3



Outside the Rockville Metro station, Thea Brown, center, with Tracey Poole, right, and Karen Kalla, displays a pamphlet prepared by Neighbors for a Better Montgomery.



PHOTOS BY MARK GAIL — THE WASHINGTON POST

Lana Davis from the Smithsonian Environmental Research Center releases crabs that had been bred in laboratory tanks as part of an experiment to see if the Chesapeake Bay's depleted crab population can be supplemented with lab-grown crabs.

## Replenishing Nature

### In Experiment, Lab-Bred Blue Crabs Are Released Into the Bay

By NURITH C. AIZENMAN
Washington Post Staff Writer

Slowly, carefully, the scientists tilted the cooler over the side of the boat. Thousands of baby blue crabs—most no larger than a thumbnail—slid into the waters of the Chesapeake Bay with a gentle plop.

The creatures' tiny size belied the high hopes riding on them: Bred in laboratory tanks at the University of Maryland's Center of Marine Biotechnology, they are part of a landmark study to determine if the bay's dwindling blue crab stocks can be replenished with crabs grown in hatcheries.

At stake is the future of one of the bay's most enduring cultural icons and most profitable industries.

Yesterday's exercise marked an important milestone in the study, which is being conducted in partnership with the Smithsonian Environmental Research Center.

Until now, researchers at the "crab lab"—as they have dubbed it—have primarily focused on how to breed blue crabs in captivity, then shepherd them through the precarious metamorphosis from nine larval stages to sexually mature crabs—a process never before accomplished in the United States.

But this summer, the group bred enough baby crabs to proceed to stage two: releasing them into the bay, where their progress will be closely monitored.

"It's very exciting," said Del. C. Richard D'Amato (D-Anne Arundel), on hand to witness the release of the summer's fourth and final batch of crabs yesterday.

A lab-bred baby crab is being marked to be identified after it is released into the bay, where it will be closely monitored.

See CRAB, B5, Col. 1

## VDOT Back On Track, Leader Tells Lawmakers

### Pledge Timed for Nov. Vote

By R.H. MELTON
Washington Post Staff Writer

RICHMOND, Sept. 9—The state highway commissioner sought to reassure Northern Virginia lawmakers today that his retooled agency is resolving its cash-flow problems and can handle the road-building projects that could come its way if voters approve a regional sales tax increase Nov. 5.

Philip A. Shucet, commissioner of the Virginia Department of Transportation, told a legislative watchdog committee that he has worked hard to correct most of the accounting problems and cost overruns highlighted in a July 9 audit that catalogued severe management lapses at VDOT during the 1998-2002 administration of Gov. James S. Gilmore III (R).

The audit, commissioned by Gov. Mark R. Warner (D), was reissued today to a group of senior lawmakers, who said they were stunned by the earlier VDOT mismanagement and warned that it could harm the pending sales tax referendums designed to fund road and mass transit projects in Northern Virginia and Hampton Roads.

The Nov. 5 vote in nine Washington area jurisdictions will determine whether the region's sales tax rate of 4.5 percent rises by a half-percent, which would generate about $5 billion in highway and transit funds over 20 years. The Hampton Roads increase would be a full penny, generating more than $7 billion, if voters approve.

After Shucet told lawmakers that VDOT was changing the way it does business, state Del. John A. "Jack" Rollison III (R-Prince William) asked him whether the agency was up to the challenge of handling new projects that might be contracted out by the regions' cities.

"Commissioner, consider increases... $12 billion ov[er]

See VDOT, B7

DEFENDANT'S EXHIBIT 10

B2 TUESDAY, SEPTEMBER 10, 2002    S DM VA K    METRO    THE

## FEDERAL DIARY
*Stephen Barr*

# On the Ground Floor of the TSA, on the Front Lines Against Terrorism

**Gail Linkins's** federal job didn't even exist this time last year.

As the Transportation Security Administration's federal security director at Mobile Regional Airport in Alabama, she is responsible for making travel through the mid-size facility safe without allowing it to become a major hassle.

Her job, and that of 144 other federal security directors across the nation, grew out of legislation signed by **President Bush** on Nov. 19 creating the TSA. The agency was one of Washington's first responses to the Sept. 11 hijacking of four jetliners by terrorists.

"No one has the right to make us feel unsafe," said Linkins, who took office in April after 24 years in the Secret Service.

"I've spent my career helping protect individual people, and this was an opportunity to help protect neighbors, family and fellow citizens."

But the days since the Sept. 11 terrorist attacks have been long and hard for the TSA. As the July ouster of its first leader showed, the agency has found it difficult to invent itself, guarantee airline security and keep airport passenger lines moving. Some critics even question whether the TSA has made it safer for the public to fly.

The turmoil at the top of the TSA may continue for months. The White House and Congress have proposed legislation that would move the agency into the new Department of Homeland Security—a move that probably would prompt a review of TSA goals and operations.

The political and policy debates in Washington, however, rarely give credit to the hard work of TSA staffers in the field. Many federal employees were handed new duties after Sept. 11, but few have faced the workplace challenges that come with building a nationwide organization on short notice.

With the challenges have also come rewards, Linkins said. "We have all pulled together. There is a strong sense of camaraderie," she said.

The Mobile airport was among the first to replace contract workers with federal employees. In the weeks before the June rollout, the TSA sponsored a job fair, prospective screeners were assessed and applicants were selected for hiring.

On June 25, the airport began operating with temporary federal screeners, who traveled from airport to airport helping security directors set up and staff checkpoints.

A week later, on July 1, newly hired federal screeners for the Mobile airport reported for duty, which included 44 hours of classroom and lab training followed by on-the-job training. Some of the training was done between 8 p.m. and 1 a.m., when fewer travelers would be using the airport.

Linkins has coped with growing pains normal to any operation. At the start, her office had only one telephone line, which was hooked to a computer, and Linkins relied on a cell phone for calls. Her staff still works from temporary quarters in the airport terminal.

In addition to a passenger and baggage screening force of about 80, Linkins had to pull together a senior staff. She selected a former Bureau of Alcohol, Tobacco and Firearms official as her assistant director, a former U.S. marshal to oversee airport screening checkpoints, and a former administrative officer at a U.S. attorney's office to handle procurement issues.

The start-up at Mobile required skills similar to those Linkins acquired during her Secret Service years. At that agency, she worked as a criminal investigator, helped protect the vice president and served on a White House review team convened to reevaluate the Secret Service's White House operations.

As a result, she said, she's been able to avoid some of the pitfalls she might have faced if the job had included more new territory.

"I'm happy to sound ... it is going well. Peo hard to make sure the f is not stymied," she sai

The decision to put t charge of airport securi thing to do," she said. " travel more secure. . . . change."

### Federal Diary Live

Share your memorie observations about Se aftermath at noon tom Diary Live at washingt

If you cannot join us your comments in adv online to *http://discus washingtonpost. com/wp-srv/zforum/ r_politics_federaldia*

Stephen Barr's e-mai barrs@washpost.con

---

## CRIME & JUSTICE

### THE REGION

**Rape, robbery may be linked:** A parolee from the District accused of raping a Silver Spring woman is believed to be linked to an Aug. 7 robbery of a woman near the Takoma Metro station, a Montgomery County prosecutor said yesterday.

Prosecutor John McCarthy declined to say whether Anthony Q. Kelly, 38, also is believed to be connected with the Aug. 9 shooting death of a tourist who was robbed and killed as she was walking from the Takoma Metro station to a relative's house. Kelly, arrested Thursday after a manhunt, was ordered yesterday to be held without bond on charges that he raped and pistol-whipped a 61-year-old woman in Silver Spring. Police sources said he was questioned in the slayings of the tourist and a Silver Spring father and his young daughter.

### THE DISTRICT

**Guilty plea:** A home improvement contractor has pleaded guilty in federal court to one charge of defrauding an older homeowner by having her take out a loan for $18,500 in repairs and then doing only $3,949 worth of work, according to the U.S. attorney's office.

Norman Jones, 45, of the 3100 block of Knox Terrace SE, pleaded guilty Friday. Jones was indicted in March, accused of arranging for 11 homeowners to get loans to finance improvements but doing little or no work. He was facing trial today on 18 fraud counts when he pleaded guilty to one count.

**Beating investigated:** The D.C. police department is investigating the alleged beating



Gov. Mark R. Warner, shown addressing legislators in August, said yesterday that the volunteer emergency preparedness network "will be a living monument to those who perished" in the Sept. 11 terrorist attacks.

# New Emphasis on Readiness
## Va. Models Volunteer-Professional Effort on Arlington Plan

By R H. MELTON
*Washington Post Staff Writer*

RICHMOND, Sept. 9—Gov. Mark R. Warner began Virginia's Sept. 11 commemorations today by launching a volunteer initiative modeled on a new Arlington County citizen corps designed to unite residents and public safety professionals in emergency readiness.

"What we are trying to capture here is an opportunity, a moment in time," Warner said in announcing the creation of Virginia Corps, a statewide volunteer network that he predicted "will be a living monument..."

virginiacorps.org, will be a state-run computer gateway for Virginians seeking volunteer opportunities. A toll-free number, 1-866-239-4868, will provide the same service for those who lack Internet access, Warner said.

The governor singled out Arlington's Citizen Corps Council as a model for other localities interested in ways to improve their preparedness against terror attacks or natural disasters. Warner said Arlington residents had long taken pride in conducting civic affairs "the Arlington way," characterized by an activist, community spirit that pulls the

start officially later this month.

The citizen council chairman, Jackie Snelling, a leader in the Arlington Civic Federation, said one of the first programs will be a Sept. 25 training class on fire control, search and rescue and other emergency response techniques suitable for local volunteers. The council will focus some of its initial efforts on four local associations south and west of the Pentagon: Aurora Highlands, Arlington Ridge, Long Branch Creek and Forest Hills, Snelling said.

"September 11 taught us that we needed a mechanism to make more

---

# Ex-Treasury Of Gets 7 Years fo

By RUBEN CASTANEDA
*Washington Post Staff Writer*

A former U.S. Treasury official convicted of bribery, fraud and other charges was sentenced yesterday to more than seven years in federal prison by a judge who called her crimes "a violation on the taxpayers, the citizens of this country."

Jan P. Blanton, 51, former executive director of the Treasury Department's executive office of asset forfeiture, was also ordered to pay a $15,000 fine.

In announcing Blanton's sentence in U.S. District Court in Greenbelt, Judge Alexander Williams Jr said he believed that Blanton had lied while testifying during her trial and had betrayed the public trust. He said her crimes "stemmed essentially from greed."

Williams imposed the same fine and sentence—seven years and three months in prison—on Blanton's co-defendant, Clifford J. Quinn, 46, who was a Treasury employee and Blanton's boyfriend.

In 1997, when Blanton was head of the asset forfeiture office, which tracks and manages property seized by federal law enforcement agencies, she hired Quinn, according to court records and trial testimony

According to evidence presented at a four-week trial in May, Blanton and Quinn steered more than $100,000 in federal contracts to a third person, Christopher F. Beisler, a friend and business associate of Quinn's.

Beisler, of Severna Park, co-

owned that dev asset fo markete agencie cords.

Blant steer ar contrac ecutors Quinn dreds c those c comple

Blan victed ery, tw terest, and on ler ple conspi govern Quinn six mo

Du yester the ju disgra thank suppo know thing

Ass Wilki stroye ture very

Th of the W ton a der fi sente Quin to re to a t treat