UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06cv00633 (RBW) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss, the Opposition thereto, and the entire record in this case; it is this _____ day of _____, 2006, hereby

ORDERED, that the Motion to Dismiss is hereby GRANTED, and it is further

ORDERED, that the Complaint in the above matter be dismissed with prejudice.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE