IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL SMITH,<br>    Individually on her own Behalf<br>    and as Personal Representative of the<br>    the Estate of Erika Smith,<br>    4450 South Park Avenue, #415<br>    Chevy Chase, MD 20815<br><br>           Plaintiff,<br><br>           v.<br><br>UNITED STATES OF AMERICA,<br>    Washington, D.C.<br><br>           Defendant. | Civil Action No. 1:06-CV-00633 (RBW) |

## CONSENT MOTION FOR ENLARGEMENT OF TIME
## AND MEMORANDUM IN SUPPORT

Carol Smith ("Plaintiff"), with the consent of Defendant United States ("Defendant"), respectfully moves this Court for an Order enlarging the time up to and including March 15, 2007, within which she may file an Opposition to Defendant's Motion to Dismiss in the above-captioned matter. In support of this consent motion, Plaintiff respectfully states as follows:

1. Defendant filed a Motion to Dismiss on November 15, 2006. Plaintiff's Opposition to this motion currently is due on February 15, 2007. Any Reply by Defendant currently is due on March 8, 2007.

2. Plaintiff requests an enlargement of time until March 15, 2007 to respond to Defendants' Motion to Dismiss.

3. The reason for the requested enlargement is that Plaintiff continues to work with the United States and the relevant government agencies to resolve the few remaining issues

between the parties without the need for further litigation. The parties believed they would be able to reach a final resolution by February 15, 2007, but require a modest enlargement of time to complete the final details of such resolution. This further enlargement will likely allow the parties to complete their discussions and conclude this case.

4. This is Plaintiff's third request for an enlargement of time in this matter. The Court has granted three requests by the United States for enlargements of time to respond to Plaintiff's Complaint and Amended Complaint.

5. Pursuant to Local Civil Rule 7(m), counsel for Plaintiff and counsel for Defendant have agreed to the filing of this Motion and to propose a time-table for the parties to file their pleadings in this matter as follows:

> Plaintiff's Opposition to Motion to Dismiss – March 15, 2007
>
> United States' Reply – April 9, 2007

WHEREFORE, for the reasons set forth above, Plaintiff, with Defendant's consent, respectfully requests that this Court grant an enlargement of time consistent with the proposed time-table.

A proposed Order is attached.

Respectfully submitted,

_____/s/_____
Laurel Pyke Malson (D.C. Bar No. 317776)
Aryeh S. Portnoy (D.C. Bar No. 464507 )
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116

DATED: February 13, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL SMITH,<br>    Individually on her own Behalf<br>    and as Personal Representative of the<br>    the Estate of Erika Smith,<br>    4450 South Park Avenue, #415<br>    Chevy Chase, MD 20815<br><br>                Plaintiff,<br><br>                v.<br><br>UNITED STATES OF AMERICA,<br>    Washington, D.C.<br><br>                Defendant. | Civil Action No. 1:06-CV-00633 (RBW) |

**PROPOSED ORDER**

Upon Consideration of Plaintiff's Consent Motion for Enlargement of Time and Memorandum in Support, it is this ____ day of February, 2007, hereby

ORDERED that the Motion is granted; it is further

ORDERED, that Plaintiff's Opposition to Defendant's Motion to Dismiss shall be filed no later than March 15, 2007; Defendant's Reply shall be filed no later than April 9, 2007.

_____
Reggie B. Walton
United States District Judge

-2-

cc:

Darrell C. Valdez
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, DC 20530

Laurel Pyke Malson
Aryeh S. Portnoy
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004

2961040