# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL SMITH, Individually and as Personal Representative of the Estate of Erika Smith, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Civil Action No. 1:06-CV-00633 (RBW) ) ) ) ) ) ) |

**AFFIDAVIT OF CAROL SMITH**

1. The following testimony is based on my personal knowledge of the facts and matters relating to the murder of my daughter and its impact on me to the best of my recollection.

2. My name is Carol Smith and I am the Plaintiff in the above titled civil action.

3. I first learned of my daughter Erika's murder on August 7, 2002. My initial reaction was disbelief, complete shock, and overwhelming grief. I could not grasp that my innocent nine year old daughter could be taken away from me forever so quickly and senselessly. Erika, my only child, was the focal point of my entire life. After she was gone, I was dazed and disoriented. I couldn't understand what happened and I felt completely lost, incredibly vulnerable, confused, overwhelmed and utterly helpless.

4. In the weeks and months following her murder, I heard different and sometimes contradictory accounts of the facts surrounding Erika's murder from the police. I remember calling the police a lot to find out if they had solved the case and to make sure they were still

working hard to find whoever did this horrendous thing. All I wanted to know was who did this and why.

5. When I spoke to the police, I remember that the conversations were always short and very general. It was difficult for me to fully understand and remember a lot of what they did tell me. I remember them saying that they did not want to speculate about things. I could not tell if they were just being very careful about providing specific details because they didn't want to get my hopes up, or if they just didn't have the answers. This makes sense to me now, but at the time I very badly needed to know why this happened and who did it. I do not remember being told that the police had decided that it was Anthony Kelly who was responsible for this until shortly before the indictment in May of 2003. The truth is, I found it virtually impossible to process much of anything that they told up to and even after the indictment.

6. The months following the murders were completely overwhelming and extremely frustrating for me. I just wanted to know "who" did this and "why" they did it. I could not deal with anything else. I remember being told that they were looking into a few theories, but what I heard was vague and further confused me. I was too overwhelmed and disoriented to process it. Initially the police told me repeatedly that they were looking at this as a possible murder-suicide. Their communication to me of this theory, along with everything else I was trying to process, made me feel catatonic. I could not understand how they could possibly say something as outrageous as this. This made me very angry at them and confused me so much that it took me an extremely long time to get beyond this aspect of the case. And, although this theory was dismissed after a short time, it created a fundamental distrust in me towards the people who were working on the case. As a result, in addition to my inability to

understand, I also found it very difficult to believe what I was being told about the case or the different theories about the case.

7. I do not remember specific incidents or conversations that took place during the months after the incident. While I was in communication with Detective Joan Buchan, I do not remember her telling me that the police had decided that Anthony Kelly was the perpetrator or that he was a parolee until shortly before the indictment in May 2003.

8. During the months following the murders, I was even more incapable of dealing with or exposing myself to information about the case from sources other than the police. I know that there was media coverage about the case on television and in the newspaper but I was emotionally incapable of using these as sources of information. It was too traumatic for me to look at Erika's picture on the evening news or read about her in the newspaper. I was simply not strong enough to handle this and it was impossible for me to process information about *anything* at that time. Nothing made much sense to me at all. All I wanted was for the police to tell me they had solved the case so I could have some answers.

9. At that time I was a resident of the District of Columbia and had never read, either online or in print, the Maryland newspaper called the *Gazette*. I also did not read the *Washington Post* or subscribe to it for more than a year after the murders. I do not remember seeing or reading any of the articles attached to the Government's Motion to Dismiss in this case. As a matter of fact, I cannot read these articles even now.

10. During the weeks and months following the murders, I experienced severe mental, emotional, and physical problems that affected every aspect of my life. I was medically unable to continue working and did not return for more than eight months. I had extreme difficulty articulating coherent thoughts, or even processing the most basic

3

information given to me about anything. I had trouble making normal-everyday decisions and performing normal-everyday tasks. It was tremendously difficult for me to comprehend things that were going on around me. Although I tried *very* hard to function, I simply could not.

      11. My friends and family told me that I was having trouble carrying on logical conversations. This was especially true when the topic of Erika came up. I had trouble remembering the content of conversations even minutes after they occurred. I felt dazed and trance-like. This was still the case after I returned to work in April 2003. I remember shaking so badly in staff meetings that co-workers had to hold my hand under the table and I was frequently in tears.

      12. For at least the first eight months following the murders, I was incapable of caring for myself independently and could no longer live alone. I was forced to move in with my sister and brother-in-law. I was so terrified that I could not even sleep in a room by myself and so for several months I slept in the same bed with the two of them. After several months of living with them, I still could not live alone or take care of myself so I moved in with my parents. I was completely dependent on others for most of my basic needs. It took more than one year before I was able to even go to the grocery store without breaking down or suffering a panic attack.

      13. During those months, it was often difficult and sometimes impossible for me to get out of bed. I stayed in bed for days at a time, sometimes in a fetal position, unable to comprehend what had happened or what was happening around me. My mind simply could not process or understand any of it. For most of that time I could not function – even at very basic levels. This inability to function normally continued to be a problem even after I

returned to work. I remember days and even weeks when I could not go in to work. I remember one week in particular when I could not go to work or call to tell my boss that I couldn't come in. A co-worker had to communicate this to my boss for me. Normal things like this were often overwhelming to me.

14. I sought to get treatment and relief from a variety of sources – including psychotherapy, prescription medications and spiritual counseling. To treat the physical effects of my mental trauma, my doctors prescribed at different times anti-anxiety, anti-depressant and sleeping medications. I had to stop taking some of these medications because some of the side effects made it even more difficult for me to function. However, I did take the sleeping medication, Ambien, for more than a year following the murders. Despite all of this, I still suffered tremendously during that time. At times I was so distraught and trance-like that even seeking or acting on the help available to me was impossible. Nothing made any sense to me. My friends and family feared for my mental and physical health and at times described some of my behaviors as "bizarre." With or without the medications I felt catatonic for many months.

15. Before the murders, I was an IT Director at a large firm. After the murders, I was medically unable to work until April 2003 because I could not function. I was unable to process information, communicate with others, and operate in the world around me. I could not do my job. Even after going back at work, I still could not function as I did before. I could not process information or articulate my thoughts clearly. I even had great difficulty carrying out simple work tasks like writing emails that made sense. I remember having a co-worker sit with me at my desk on occasions to assist me with writing coherent emails. Even after eight months, every day was still extremely difficult for me. There were days that I

missed work completely because I was physically unable to leave the house. Because I could no longer function at the level I did before the murders, I was forced to change jobs and accept a new position with less responsibility and lower pay.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: March 15, 2007

_____
Carol Smith

2976262