# Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL SMITH, Individually and as )
Personal Representative of )
the Estate of Erika Smith, )
)
Plaintiff, )
) Civil Action No. 06-CV-0633 (RBW)
v. )
)
UNITED STATES OF AMERICA, )
)
Defendant. )

## DECLARATION OF DR. LARRY H. PASTOR, MD, FAPA

1. The following testimony is based on my personal and professional knowledge of the facts and matters contained herein.

2. I am a physician licensed by the Commonwealth of Virginia. I specialize in various psychiatric fields including psychological trauma. I hold an A.B. in philosophy from Princeton University, which I received in 1980, and a medical degree from Jefferson Medical College, which I received in 1984. I completed my psychiatry residency at Duke University Medical Center in 1988. I achieved Diplomate status from the American Board of Psychiatry & Neurology in 1990 and became a Fellow of the American Psychiatric Association in 2005. My professional experience includes over seventeen years of work as a psychiatrist on behalf of the federal government. Currently, I provide clinical and consulting services for the Central Intelligence Agency. In addition to my federal government employment, since 1995 I have been an emergency services psychiatrist for the government of Fairfax County, Virginia. I am responsible for the diagnosis and management of adults, adolescents, and children

presenting to emergency services with acute or high-risk clinical issues, psychological trauma, acute exacerbation of pre-existing mental illness, and/or suicidal or homicidal ideation. I also provide training in emergency evaluation, mental status examination, risk assessment, recognition and treatment of posttraumatic stress disorder and other posttraumatic stress syndromes, medical screening of psychiatric patients, and psychopharmacology. From 1989 to 2000, I maintained a private practice in psychiatry in Northern Virginia, providing outpatient psychiatric services to adults, adolescents, and children. I continue to maintain a limited private practice in psychiatry. In addition to patient care, I am active in my field in various ways including teaching, membership in professional associations, exceeding all requirements for continuing medical education, writing professional articles for peer-reviewed publication, and military service as an Army physician in the Army Reserve. My expertise in psychological trauma, posttraumatic stress disorder, and the psychiatry of traumatic loss and traumatic grief is based on my education including my medical training and psychiatric residency, my professional practice focusing on these areas of psychiatry, my academic research, writing, and teaching on these subjects, my study of and familiarization with methods of treatment of these psychiatric conditions, and my active review of medical literature published on these subjects.

3. My opinion presented herein is based upon several sources including my examination of Carol Smith in July 2006, my review of medical records of Carol Smith from 2002 to 2006, and her affidavit in this case.

4. Based upon my knowledge, experience, examination of Ms. Smith, and review of aforesaid materials, in my professional judgment Carol Smith was unable, due to debilitating mental trauma, to process, comprehend, interpret, appraise, and/or make use of information

2

and knowledge related to the cause or causes of the death of her daughter, Erika, the identity or identities of those responsible, and the facts surrounding the murder, for the first eight months following Erika's death. Following Erika's death, Carol Smith regressed to a primitive, survival-oriented mode of mental functioning. She experienced profound, acute grief, sudden loss of primary role responsibility and role identity, generalized fear and constant hypervigilance, and the debilitating effects of severe insomnia, side effects of medications, and further physiological consequences secondary to biological changes accompanying profound anxiety states. A result of these traumatic social, psychological, and biological influences was the profound global and cognitive impairment cited above.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

SIGNED: _/s/ Larry H. Pastor_
Larry H. Pastor, MD, FAPA

DATE: 3/15/2007