UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06cv0633 (RBW) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

Federal Defendant, the United States of America, respectfully moves this Court for an Order enlarging the time an additional 21 days, up to and including April 30, 2007, within which Federal Defendant may reply to Plaintiff's Opposition to Defendant's Motion to Dismiss in the above-captioned matter. In support of this motion, the Federal Defendant respectfully states as follows:

1. Plaintiff Carol Smith brought this action under the Federal Tort Claims Act, 28 U.S.C. § 2871, et seq., individually and as personal representative of her daughter Erika Smith, alleging that the Federal Defendant acted negligently in protecting her daughter from a convicted felon.

2. On November 15, 2006, Defendant filed a Motion to Dismiss asserting that (1) the Court lacks subject matter jurisdiction because Plaintiff filed her claims against the Federal Defendant well-outside the statutory time period mandated by the Federal Tort Claims Act ("FTCA"); (2) the Court lacks subject matter jurisdiction over the claims arising out of the alleged acts or omissions of the United States Parole Commission which are subject to absolute immunity; (3) the Court lacks subject matter jurisdiction over the claims regarding the alleged acts or omissions

of the United States Parole Commission and the Federal Bureau of Prisons which are barred by the discretionary function exception of the FTCA; (4) the claims regarding alleged acts or omissions of the Federal Bureau of Prisons are barred by the government contractor exception to the FTCA; (5) the claims against the Federal Defendant arising out of the alleged acts or omissions of any Federal agency, including the United States Parole Commission, the Federal Bureau of Prisons, and the Court Services and Offender Supervision Agency, are barred by the Public Duty Doctrine; and (6) the Amended Complaint fails to state a claim as the Federal Defendant owed no actionable duty of care to the Plaintiff or the decedent.

3. Plaintiff requested, and obtained with Defendant's consent, three enlargements of time within which to respond to Defendant's motion. Plaintiff filed her Opposition to Defendant's Motion to Dismiss on March 15, 2007. Defendant's reply is currently due on April 9, 2007.

4. An enlargement is needed because counsel for Defendant has been involved in numerous matters, including preparing an appellate Reply brief in Jinks-Umstead v. Winters, Nos. 06-5089 and 06-5186 (Consolidated); and extensive discovery and filing objections to a Magistrate Judge's recommendation in the consolidated matters of Ascom Hasler Mailing Systems, Inc. v. U.S. Postal Service, No. 00cv1401 (PLF), Neopost, Inc., v. U.S. Postal Service, No. 00cv2089 (PLF), and Francotyp-Postalia, Inc. v. U.S. Postal Service, No. 01cv804 (PLF); filing a response to objections to a Magistrate Judge's recommendation in the matter of Summer v. Department of Justice, 98cv1837 (RWR); a Motion for Partial Judgment on the Pleadings in Tolbert-Smith v. Bodeman, 06cv1216 (RWR); a Reply memorandum in Dage v. Johnson, 04-0221 (JGP); and extensive and ongoing discovery Rochon v. FBI, 03cv958 (RCL), and has been unable to prepare an appropriate reply.

5.      Pursuant to Local Rule 7(m), counsel for the United States has discussed the above motion with counsel for Plaintiff who agrees and consents to the enlargement.

WHEREFORE, for all of the foregoing reasons, Defendant respectfully requests that the Court enlarge the time, up to and including April 30, 2007, within which the Defendant may file its reply to Plaintiff's Opposition to the Motion to Dismiss in the above-captioned matter.

A proposed order that would grant the relief sought is attached.

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06cv0633 (RBW) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion For Enlargement of Time To File Reply to Plaintiff's Opposition to the Motion to Dismiss, it is this _____ day of April, 2007, hereby

ORDERED, that the Motion is granted, it is further

ORDERED, that the time within which the Defendant shall file its reply to Plaintiff's Opposition is enlarged, up to and including April 30, 2007.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE