IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL SMITH,<br>    Individually and as Personal Representative<br>    of the Estate of Erika Smith,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA<br><br>        Defendant. | CASE NO: 1:06-CV-00633-RBW |

**NOTICE**

Will the Clerk of Court please withdraw the appearance of John L. Murino as counsel for Plaintiff in the above-captioned case.

Date:   August 6, 2007

                                            Respectfully submitted,

                                                     /s/
                                      Laurel Pyke Malson (D.C. Bar No. 317776)
                                      Aryeh S. Portnoy (D.C. Bar No. 464507 )
                                      CROWELL & MORING, LLP
                                      1001 Pennsylvania Avenue, NW
                                      Washington, D.C. 20004
                                      Phone: (202) 624-2500
                                      Fax: (202) 628-5116

3956336