UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CAROL SMITH, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-633 (RBW) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

For the reasons set forth in a memorandum opinion to be entered separately forthwith, it is

**ORDERED** that the United States of America's Motion to Dismiss (D.E. No. 16, filed November 15, 2006) is **GRANTED**. It is further

**ORDERED** that the plaintiff's Amended Complaint for Damages (D.E. No. 14, filed October 4, 2006) is **DISMISSED** with prejudice. It is further

**ORDERED** that this order shall not be deemed a final order subject to appeal until the Court has entered a memorandum opinion regarding the documents described above.

**SO ORDERED** this 28th day of September, 2007.

REGGIE B. WALTON
United States District Judge